COPY

Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi, Esq. (Bar No. 193336)
pafrasiabi@onellp.com
Christopher W. Arledge (Bar No. 200767
carledge@onellp.com
Joseph K. Liu (Bar No. 216227)
jliu@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Phone: (949) 502-2870

Attorneys for Plaintiffs,
Social Sampling, Inc. and Mass Connections, Inc.

FILED
2013 JUN -4 PM 3:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOCIAL SAMPLING, INC., and MASS CONNECTIONS, INC,<br><br>Plaintiffs,<br><br>v.<br><br>DENNIS GARBERG AND ASSOCIATES, INC. dba THE SUNFLOWER GROUP, INC., and SUNFLOWER STAFFING, LLC,<br><br>Defendants. | Case No. **SACV 13 - 00856 JST (JPRx)**<br><br>**COMPLAINT FOR PATENT INFRINGEMENT, PERMANENT INJUNCTION AND DAMAGES**<br><br>**DEMAND FOR JURY TRIAL** |

For its Complaint against Dennis Garberg and Associates, Inc. dba The Sunflower Group, Inc. ("Sunflower Group"), and Sunflower Staffing, LLC ("Sunflower Staffing"), collectively referred to as "Defendants" or "Sunflower," Plaintiffs Social Sampling, Inc. and Mass Connections, Inc., collectively referred to as "Plaintiffs" or "Mass Connections" hereby allege as follows:

///

///

**THE PARTIES**

1. Plaintiff Mass Connections, Inc. is a corporation duly organized and existing under the laws of California with its principal place of business at P.O. Box 684, Sunset Beach, CA 90742

2. Mass Connections was principally engaged in services for managing and implementing in-store promotions, such as are commonly found at large department stores (e.g., Walmart, Target, Kmart) and grocery stores. An example of such an in-store promotion would be a demonstration of a high-end coffee maker. This demonstration might take place - for example - in a Target store.

3. Mass Connections would provide staffing for the demonstration of the coffee makers and would carefully collect and organize the data resulting from the demonstration. This data could include - for example - information confirming that the demonstration in fact took place (including when and for how long the demonstration lasted), information on what products were purchased/used by the demonstration staff, as well as information on whether the demonstration resulted in an increase in sales for the coffee maker being demonstrated. Mass Connections would gather, process and deliver all this data to the customer (in this example, Target) for use in tracking/understanding product sales.

4. Mass Connections' programs encompassed national product rollouts, re-launches, or promotional events. Mass Connections has developed promotional events for consumer products and retail companies such as Kraft, Procter & Gamble, Kroger and Target. It traced its roots back to 1976, when founder and CEO Caroline Cotten launched, what was at the time, a staffing agency.

5. Plaintiff Social Sampling, Inc. is a corporation duly organized and existing under the laws of California with its principal place of business at 11838 Western Avenue, Stanton, CA 90680. Social Sampling is the exclusive licensee to U.S. Patent No. 7,444,305 ("The '305 Patent") and U.S. Patent No. 7,797,191 (the "'191 Patent"). Mass Connections and Social Sampling are hereinafter collectively referred to as either "Mass Connections" or "Plaintiffs."

6. As alleged below, Plaintiffs Mass Connections and Social Sampling are collectively the owner of all right, title, and interest in the '305 and '191 Patents.

7. Defendant Dennis Garberg and Associates, Inc. dba The Sunflower Group, Inc. ("Sunflower Group") is a corporation existing under the laws of Kansas, with its principal place of business at 14001 Marshall Drive, Lenexa, Kansas 66215. Defendant Sunflower Staffing LLC ("Sunflower Staffing") is a limited liability company existing under the laws of Kansas, with its principal place of business at 6951 E. 30th Street, Suite B, Indianapolis, Indiana 46219-1190. On information and belief, Sunflower Staffing was formed by and is wholly controlled by Defendant Sunflower Group.

8. Defendant Sunflower Staffing and Sunflower Group are collectively referred to herein as "Sunflower" or "Defendants."

## JURISDICTION AND VENUE

9. This is a civil action for patent infringement arising under the Patent Act of the United States, 35 U.S.C. §§ 101 et seq. This court has subject matter jurisdiction of such federal question claims pursuant to 28 U.S.C. §§ 1331 and 1338(a).

10. Venue is proper under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b) in that the acts and transactions complained of herein were conceived, carried out, made effective, and had effect within the State of California and within this district, among other places. Defendants each reside in this judicial district by virtue of their business activities in this district and each has committed acts of infringement in this judicial district.

## U.S. PATENT NO. 7,797,191

11. On September 14, 2010, the United States Patent & Trademark Office duly and legally issued United States Letters Patent No. 7,797,191 ("the '191 Patent"), entitled "Promotional Event Tracking System." The '191 Patent is attached as **Exhibit A** to this Complaint and is incorporated by reference in its entirety.

12. By way of example only, the '191 patent describes, among other things, a system for coordinating and tracking product and service demonstrations. Within this system, an Event Coordinator directs Event Operators to conduct a product or service event

where the Event Coordinator provides Event Operator with various types of cards (e.g., a credit card or debit card) to purchase items needed for a demonstration. The Event Operator contacts a the card administration system to - among other things - activate the card, verify that the provided card ID and the event ID match, and authorize a budget for the card. The Event Operator is then permitted to purchase items with the card and conduct the planned product or service demonstration. Event data from the demonstration can then be provided to those involved in the demonstration (product manufacturer, service providers, etc.), the Event Coordinator, the Event Operator, a staffing agency, or a retail store. The described system is used to - among other things, obtain event data such as participation information for the Event Operators enrolled for the promotional event.

**U.S. PATENT NO. 7,444,305**

13. On October 28, 2008, the United States Patent & Trademark Office duly and legally issued United States Letters Patent No. 7,444,305 ("the '305 Patent"), entitled "Methods of Coordinating Products and Service Demonstrations." The '305 Patent is attached as **Exhibit B** to this Complaint and is incorporated by reference in its entirety.

14. By way of example only, the '305 Patent describes, among other things, methods for coordinating products and service demonstrations. According to the '305 Patent, an Event Coordinator directs Event Operators to conduct product and service demonstrations, and provides the Event Operators with cards to purchase demonstration items. The Event Operator contacts the card administration system to - among other things - activate the card, verify that the card ID and event ID match and are valid, and authorize a budget for the demonstration event with the card. The Event Operator then purchases items with the card and conducts demonstrations. Participation information for the event can be gathered based on purchases made by the Event Operator with the activated card.

/ / /

/ / /

/ / /

/ / /

**FIRST CLAIM FOR RELIEF**

**AGAINST ALL DEFENDANTS FOR DIRECT, CONTRIBUTORY AND INDUCING INFRINGEMENT OF U.S. PATENT NO. 7,797,191**

15. Plaintiffs incorporate herein by reference the allegations set forth in the above paragraphs of the Complaint as though fully set forth herein.

16. A true and correct copy of the '191 Patent is attached as Exhibit A and incorporated herein by reference.

17. Defendants have directly infringed and continue to directly infringe at least claim 1 of the '191 Patent by developing, making, using, offering to sell, selling and/or importing, in this District and elsewhere in the United States, systems used to schedule, staff, and track the results of product and/or service demonstrations ("the Accused Sunflower Instrumentalities"), which perform each and every step recited in at least claim 1 of the '191 Patent.

18. Defendants have contributed to the infringement of and continues to contributorily infringe at least claim 1 of the '191 Patent by developing, making, using, offering to sell, selling and/or importing, in this District and elsewhere in the United States, the Accused Sunflower Instrumentalities. In particular:

- The Accused Sunflower Instrumentalities have no substantial use other than to be used by Defendants and/or their employees, agents, or contractors to perform each and every step recited in at least claim 1 of the '191 Patent.
- Defendants developed, made, used, offered to sell, sold and/or imported, the Accused Sunflower Instrumentalities with (as explained further below) full knowledge of the '191 Patent and its applicability to the Accused Sunflower Instrumentalities.

19. Defendants have induced infringement of and continues to induce infringement one or more claims of the '191 Patent by developing, making, using, offering to sell, selling and/or importing, in this District and elsewhere in the United States, the Accused Sunflower Instrumentalities. In particular:

- Among other things, Defendants have specifically designed the Accused Sunflower Instrumentalities with (as explained further below) full knowledge of the '191 Patent and its applicability to the Accused Sunflower Instrumentalities.
- Despite their full knowledge of the '191 Patent, Defendants have specifically instructed its employees, customers, agents, and/or contractors to use the Accused Sunflower Instrumentalities in a manner that infringes at least claim 1 of the '191 Patent. For example, Defendants provides such instructions to its employees, customers, agents, and/or contractors via its website, employee manuals, and/or other written materials.

20. Defendants have committed the above acts of infringement with full knowledge of the Asserted Patents, including claim at least claim 1 of the '191 Patent, and their applicability to the Accused Sunflower Instrumentalities. Defendants' knowledge of the '191 Patent includes at least the following:

- On or about October 14, 2008, Mass Connections sent a letter to Defendants' president, Dennis Garberg. In its letter, Mass Connections identified the '191 patent and its applicability to the services being performed by Defendants..

21. Defendants were thus on notice of Mass Connections' intellectual property rights related to Accused Sunflower Instrumentalities and, on information and belief, specifically investigated the applicability of those rights (including the rights reflected in the '191 Patent) to the Accused Sunflower Instrumentalities. Defendants have not, however, ceased its infringement of the '191 Patent, including at least claim 1 of the '191 Patent.

22. Defendants' actions constitute direct infringement, contributory infringement, and/or active inducement of infringement of at least claim 1 of the '191 Patent in violation of 35 U.S.C. § 271.

23. Mass Connections has sustained damages and will continue to sustain damages as a result of Defendants' acts of infringement.

24. Mass Connections is entitled to recover damages sustained as a result of Defendants' wrongful acts in an amount to be proven at trial.

25. Defendant's infringement of the '191 Patent, including at least claim 1 of the '191 Patent, will continue to damage Mass Connections' business, causing irreparable harm, for which there is no adequate remedy at law, unless it is enjoined by this Court.

26. Defendants' infringement of the '191 Patent, including at least claim 1 of the '191 Patent, amounts to willful infringement, entitling Mass Connections to increased damages and attorney fees and costs incurred in prosecuting this action under 35 U.S.C. §§ 284 and 285. Indeed, Defendants have infringed the '191 Patent with full knowledge of this patent, including full knowledge that its actions constituted infringement of the '191 Patent.

27. As a direct and proximate result of Defendants' infringement of the '191 Patent, Plaintiffs have been and continue to be damaged in an amount yet to be determined.

28. Unless a preliminary and permanent injunction are issued enjoining Defendants and their officers, agents, servants and employees, and all others acting on their behalf or in concert with Defendants, from infringing the '191 Patent, Plaintiffs will be greatly and irreparably harmed.

**SECOND CLAIM FOR RELIEF**

**AGAINST ALL DEFENDANTS FOR DIRECT, CONTRIBUTORY AND INDUCING INFRINGEMENT OF U.S. PATENT NO. 7,444,305**

*29.* Plaintiffs incorporate herein by reference the allegations set forth in the above paragraphs of the Complaint as though fully set forth herein.

30. A true and correct copy of the '305 Patent is attached as Exhibit B and incorporated herein by reference.

31. Defendants have directly infringed and continue to directly infringe at least claim 1 of the '305 Patent by developing, making, using, offering to sell, selling and/or importing, in this District and elsewhere in the United States, systems used to schedule, staff, and track the results of product and/or service demonstrations ("the Accused Sunflower Instrumentalities"), which perform each and every step recited in at least claim 1

of the '305 Patent.

32. Defendants have contributed to the infringement of and continues to contributorily infringe at least claim 1 of the '305 Patent by developing, making, using, offering to sell, selling and/or importing, in this District and elsewhere in the United States, the Accused Sunflower Instrumentalities. In particular:

- The Accused Sunflower Instrumentalities have no substantial use other than to be used by Defendants and/or their employees, agents, or contractors to perform each and every step recited in at least claim 1 of the '305 Patent.
- Defendants developed, made, used, offered to sell, sold and/or imported, the Accused Sunflower Instrumentalities with (as explained further below) full knowledge of the '305 Patent and its applicability to the Accused Sunflower Instrumentalities.

33. Defendants have induced infringement of and continues to induce infringement one or more claims of the '305 Patent by developing, making, using, offering to sell, selling and/or importing, in this District and elsewhere in the United States, the Accused Sunflower Instrumentalities. In particular:

- Among other things, Defendants have specifically designed the Accused Sunflower Instrumentalities with (as explained further below) full knowledge of the '305 Patent and its applicability to the Accused Sunflower Instrumentalities.
- Despite their full knowledge of the '305 Patent, Defendants have specifically instructed its employees, customers, agents, and/or contractors to use the Accused Sunflower Instrumentalities in a manner that infringes at least claim 1 of the '305 Patent. For example, Defendants provides such instructions to its employees, customers, agents, and/or contractors via its website, employee manuals, and/or other written materials.

34. Defendants have committed the above acts of infringement with full knowledge of the Asserted Patents, including claim at least claim 1 of the '305 Patent, and

their applicability to the Accused Sunflower Instrumentalities. Defendants' knowledge of the '305 Patent includes at least the following:

- On or about October 14, 2008, Mass Connections sent a letter to Defendants' president, Dennis Garberg. In its letter, Mass Connections identified the '305 patent and its applicability to the services being performed by Defendants..

35. Defendants were thus on notice of Mass Connections' intellectual property rights related to Accused Sunflower Instrumentalities and, on information and belief, specifically investigated the applicability of those rights (including the rights reflected in the '305 Patent) to the Accused Sunflower Instrumentalities. Defendants have not, however, ceased its infringement of the '305 Patent, including at least claim 1 of the '305 Patent.

36. Defendants' actions constitute direct infringement, contributory infringement, and/or active inducement of infringement of at least claim 1 of the '305 Patent in violation of 35 U.S.C. § 271.

37. Mass Connections has sustained damages and will continue to sustain damages as a result of Defendants' acts of infringement.

38. Mass Connections is entitled to recover damages sustained as a result of Defendants' wrongful acts in an amount to be proven at trial.

39. Defendant's infringement of the '305 Patent, including at least claim 1 of the '305 Patent, will continue to damage Mass Connections' business, causing irreparable harm, for which there is no adequate remedy at law, unless it is enjoined by this Court.

40. Defendants' infringement of the '305 Patent, including at least claim 1 of the '305 Patent, amounts to willful infringement, entitling Mass Connections to increased damages and attorney fees and costs incurred in prosecuting this action under 35 U.S.C. §§ 284 and 285. Indeed, Defendants have infringed the '305 Patent with full knowledge of this patent, including full knowledge that its actions constituted infringement of the '305 Patent.

41. As a direct and proximate result of Defendants' infringement of the '305 Patent, Plaintiffs have been and continue to be damaged in an amount yet to be determined.

42. Unless a preliminary and permanent injunction are issued enjoining Defendants and their officers, agents, servants and employees, and all others acting on their behalf or in concert with Defendants, from infringing the '305 Patent, Plaintiffs will be greatly and irreparably harmed.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Social Sampling, Inc. and Mass Connections, Inc. pray for judgment against Defendants, as follows:

(1) For a judicial determination and declaration that Defendants have directly infringed, and continue to directly infringe, United States Letters Patent No. 7,797,191;

(2) For a judicial determination and declaration that Defendants have contributorily infringed, and continues to contributorily infringe, United States Letters Patent No. 7,797,191;

(3) For a judicial determination and declaration that Defendants have induced, and continue to induce, the infringement of United States Letters Patent No. 7,797,191;

(4) For a judicial determination and decree that Defendants, their respective subsidiaries, officers, agents, servants, employees, licensees, and all other persons or entities acting or attempting to act in active concert or participation with them or acting on their behalf, be preliminarily and permanently enjoined from further infringement of the '191 Patent;

(5) For a judicial determination and declaration that Defendants have directly infringed, and continue to directly infringe, United States Letters Patent No. 7,444,305;

(6) For a judicial determination and declaration that Defendants have contributorily infringed, and continues to contributorily infringe, United States Letters Patent No. 7,444,305;

(7) For a judicial determination and declaration that Defendants have induced, and continue to induce, the infringement of United States Letters Patent No. 7,444,305;

(8) For a judicial determination and decree that Defendants, their respective subsidiaries, officers, agents, servants, employees, licensees, and all other persons or

entities acting or attempting to act in active concert or participation with them or acting on their behalf, be preliminarily and permanently enjoined from further infringement of the '305 Patent;

(9) For a declaration that Defendants notify all of their users of the infringing system and of the users participation in the infringement with Defendants' encouragement, and that Defendants encourage all such users to cease all such infringing actions;

(10) For a judicial decree that orders Defendants to account for and pay to Plaintiffs all damages caused to Plaintiffs by reason of Defendants' infringement pursuant to 35 U.S.C. Section 284;

(11) For a judicial determination and decree that Defendant's infringement of United States Letters Patent No. 7,444,305 has been, and continues to be, willful and deliberate, for a determination that this case is exceptional, and for an award of enhanced damages, costs, and attorneys' fees pursuant to 35 U.S.C. Sec. 284 and 285;

(12) For an award of damages according to proof at trial;

(13) For a judicial order awarding to Plaintiffs' pre-judgment and post-judgment interest on the damages caused to it by Defendants infringement; and

(13) For any such other and further relief as the Court may deem just and proper under the circumstances.

Dated: June 4, 2013

**ONE LLP**

By: ______________________________
Nathaniel L. Dilger, Esq.
Attorneys for Plaintiffs, Social Sampling, Inc. and Mass Connections, Inc.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial pursuant to Rule 38 of the Federal Rules of Civil Procedure as to all issues in this lawsuit.

Dated: June 4, 2013

**ONE LLP**

By: ________________________

Nathaniel L. Dilger, Esq.
Attorneys for Plaintiffs, Social Sampling, Inc., and Mass Connections, Inc.

# EXHIBIT A

US007797191B2

(12) **United States Patent**
**Cotten et al.**

(10) **Patent No.: US 7,797,191 B2**
(45) **Date of Patent: Sep. 14, 2010**

(54) **PROMOTIONAL EVENT TRACKING SYSTEM**

(75) Inventors: **Sandra Cotten**, Huntington Beach, CA (US); **Caroline Nakken**, Whittier, CA (US)

(73) Assignee: **Mass Connections, Inc.**, Cerritos, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1127 days.

(21) Appl. No.: **11/059,746**

(22) Filed: **Feb. 17, 2005**

(65) **Prior Publication Data**

US 2005/0192883 A1 Sep. 1, 2005

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/013,826, filed on Dec. 7, 2001.

(60) Provisional application No. 60/269,047, filed on Feb. 15, 2001, provisional application No. 60/305,805, filed on Jul. 16, 2001, provisional application No. 60/336,340, filed on Oct. 18, 2001.

(51) **Int. Cl.**
***G06Q 30/00*** (2006.01)
***G07G 1/14*** (2006.01)

(52) **U.S. Cl.** ................ **705/14.5**; 705/14.55; 705/14.57; 705/8; 705/65; 705/41; 705/44; 705/9; 705/11; 705/32; 235/380; 235/375; 235/379; 235/381; 235/487; 235/492; 235/493; 709/203; 709/227; 709/228; 380/225; 713/168

(58) **Field of Classification Search** .................... 705/14
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,654,793 | A | 3/1987 | Elrod |
| 4,723,212 | A | 2/1988 | Mindrum et al. |
| 5,025,372 | A | 6/1991 | Burton et al. |
| 5,056,019 | A | 10/1991 | Schultz et al. |

(Continued)

OTHER PUBLICATIONS

Mesmer, Ellen, *The good, the bad and the ugly of p-cards, Network World*, Farmingham, Aug. 23, 1999, vol. 19, Issue 34, four pages.

(Continued)

*Primary Examiner*—Lynda Jasmin
*Assistant Examiner*—Nathan C Uber
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

This invention relates to the methods of coordinating and tracking product and service demonstrations. An event coordinator directs event operators to conduct a product or service demonstration event. The event coordinator provides event operators with cards, such as debit cards, credit cards, or smart cards, to purchase items needed for the demonstration. The event operator contacts a card administration system to activate the card. The card administration system verifies that the provided card ID and event ID are valid, and associates an authorized budget of the demonstration event with the card. The event operator then purchases items with the card, and conducts demonstrations. Event data is provided to the parties involved in the demonstration such as a product manufacturer or service provider, the event coordinator, a staffing agency, the event operator, and a retail store. The event data includes, for example, items purchased for demonstration using the card, items purchased by customers during the demonstrations, and time information.

**18 Claims, 32 Drawing Sheets**



U.S. PATENT DOCUMENTS


| | | | | |
|---|---|---|---|---|
| 5,117,353 | A | 5/1992 | Stipanovich et al. | |
| 5,255,182 | A | 10/1993 | Adams | |
| 5,255,183 | A | 10/1993 | Katz | |
| 5,397,881 | A | 3/1995 | Mannik | |
| 5,500,513 | A * | 3/1996 | Langhans et al. | 235/380 |
| 5,508,977 | A | 4/1996 | Tymn | |
| 5,550,359 | A | 8/1996 | Bennett | |
| 5,592,376 | A | 1/1997 | Hodroff | |
| 5,646,839 | A | 7/1997 | Katz | |
| 5,649,114 | A | 7/1997 | Deaton et al. | |
| 5,649,118 | A | 7/1997 | Carlisle et al. | |
| 5,687,323 | A | 11/1997 | Hodroff | |
| 5,717,867 | A | 2/1998 | Wynn et al. | |
| 5,748,908 | A | 5/1998 | Yu | |
| 5,749,075 | A | 5/1998 | Toader et al. | |
| 5,798,508 | A | 8/1998 | Walker et al. | |
| 5,893,080 | A | 4/1999 | McGurl et al. | |
| 5,903,633 | A | 5/1999 | Lorsch | |
| 5,978,768 | A | 11/1999 | McGovern et al. | |
| 5,995,965 | A | 11/1999 | Experton | |
| 6,032,134 | A | 2/2000 | Weissman | |
| 6,038,547 | A | 3/2000 | Casto | |
| 6,049,776 | A | 4/2000 | Donnelly et al. | |
| 6,052,675 | A | 4/2000 | Checchio | |
| 6,078,891 | A | 6/2000 | Riordan et al. | |
| 6,185,545 | B1 | 2/2001 | Resnick et al. | |
| 6,272,467 | B1 | 8/2001 | Durand et al. | |
| 6,289,340 | B1 | 9/2001 | Puram et al. | |
| 6,325,292 | B1 | 12/2001 | Sehr | |
| 6,334,133 | B1 | 12/2001 | Thompson et al. | |
| 6,422,463 | B1 | 7/2002 | Flink | |
| 6,502,745 | B1 | 1/2003 | Stimson et al. | |
| 6,567,784 | B2 | 5/2003 | Bukow | |
| 6,735,570 | B1 | 5/2004 | Lacy et al. | |
| 6,751,650 | B1 | 6/2004 | Finch et al. | |
| 6,829,596 | B1 | 12/2004 | Frazee | |
| 7,024,395 | B1 * | 4/2006 | McCown et al. | 705/65 |
| 7,043,443 | B1 | 5/2006 | Firestone | |
| 7,444,305 | B2 * | 10/2008 | Cotten et al. | 705/41 |
| 2001/0001856 | A1 | 5/2001 | Gould et al. | |
| 2001/0034630 | A1 | 10/2001 | Mayer et al. | |
| 2002/0046341 | A1 | 4/2002 | Kazaks et al. | |
| 2002/0072946 | A1 | 6/2002 | Richardson | |
| 2002/0082925 | A1 | 6/2002 | Herwig | |
| 2002/0156725 | A1 | 10/2002 | Harara | |
| 2002/0169720 | A1 | 11/2002 | Wilson et al. | |
| 2002/0169747 | A1 | 11/2002 | Chapman et al. | |
| 2003/0046249 | A1 | 3/2003 | Wu | |
| 2003/0050043 | A1 | 3/2003 | Ohrstrom et al. | |
| 2003/0055755 | A1 | 3/2003 | Shuder et al. | |
| 2003/0061163 | A1 | 3/2003 | Durfield | |
| 2003/0074287 | A1 | 4/2003 | Shuder et al. | |
| 2003/0229583 | A1 | 12/2003 | Cotten et al. | |
| 2004/0139318 | A1 | 7/2004 | Fiala et al. | |
| 2004/0204948 | A1 | 10/2004 | Singletary et al. | |
| 2004/0205023 | A1 | 10/2004 | Hafer et al. | |
| 2005/0192883 | A1 | 9/2005 | Cotten et al. | |
| 2005/0209014 | A1 | 9/2005 | Kim | |
| 2005/0222904 | A1 | 10/2005 | Cotten et al. | |
| 2006/0010023 | A1 * | 1/2006 | Tromczynski et al. | 705/8 |
| 2006/0047551 | A1 | 3/2006 | Cotten et al. | |
| 2009/0083156 | A1 | 3/2009 | Cotten et al. | |


OTHER PUBLICATIONS


Abbey, Charles Marc, *Energizing the purchasing card, Credit Card Management*, New York, Apr. 1998, vol. 11, Issue 1, five pages.

Colpitts, Suzanne N., *New generation plastic cards programs, The Armed Forces Comptroller*, Alexandria, Summer 1998, vol. 43, Issue 3, four pages.

Hintz, Klaus, *Put it on my card, please, CMA*, Hamilton, Apr. 1998, vol. 72, Issue 3, five pages.

Craven, Robin E., et al., *The Complete Idiot's Guide to Meeting and Event Planning*, Alpha Books: 2001.

Mesmer, Ellen, "The good, the bad and the ugly of p-cards," Network World. Framingham: Aug. 23, 1999. vol. 16, Issue 34, pp. 42, 1 pg.

Abbey, Charles Marc, "Energizing the purchasing card," Credit Card Management, New York: Apr. 1998, vol. 11, Issue 1, pp. 40, 3 pgs.

Colpitts, Suzanne N., "New Generation plastic cards programs," The Armed Forces Comptroller, Alexandria: Summer 1998, vol. 43, Issue 3, pp. 29, 2 pgs.

Hintz, Klaus, "Put it on my card, please," CMA, Hamilton: Apr. 1998, vol. 72, Issue 3, pp. 18, 3 pgs.

Craven, Robin et al., "The Complete Idiot's Guide to Meeting and Event Planning," Alpha Books: 2001.

http://www.ralphs.com/ralphscard_signup.htm (last accessed Jun. 1, 2004).

Janet Adamy, Albertsons starts loyalty card, raising privacy concerns, Sep. 25, 2002, http://www.contracostatimes.com (last accessed Jun. 1, 2004.).

Lee Svitak Dean, Demos in stores are important in food marketing, Minneapolis Star Tribune, Apr. 15, 1987.

Mass Connections name Entrepreneur of the Year for 1998; PR Newswire, Jul. 14, 1998.

Applegate, Jane, Sppd-Fed Marketing: In-Store Food Demonstrations Entice Consumers With Taste of New Products, Los Angeles Times, Jul. 10, 1989, vol. 108, No. 219.

Major, Meg, Show and Tell-AND-SELL, Progressive Grocer, vol. 81, No. 1, Jul. 2002.

MassConnections.com Web Pages, Mass Connections, Inc., 2000, Retrieved from Archive.org, Jun. 11, 2009.


* cited by examiner


PRODUCT MANUFACTURER
100
EVENT COORDINATOR
102
FUND DISTRIBUTION SERVICE
108
BANK
110
AGENCY
104
EVENT OPERATOR
105
RETAIL STORE
106

*FIG. 1*


PRODUCT MANUFACTURER
100
REPORT
REQUEST
EVENT COORDINATOR
102
NETWORK
218
DATA
FUND DISTRIBUTION SERVICE
108
NETWORK
216
BANK
110
DATA
POINT-OF-SALE NETWORK
212
DATA
DATA
DATA
DATA
DATA
202
202
202
204
204
240
240
240
210
210
210
210
105
105
105
105
206
206
206
206
106

FIG. 2


START
300
EVENT COORDINATOR RECEIVES REQUEST TO ORGANIZE EVENT
302
EVENT COORDINATOR ASSIGNS EVENT ID TO THE EVENT
304
EVENT COORDINATOR AUTHORIZES A BUDGET FOR THE EVENT
306
EVENT COORDINATOR ASSIGNS AGENCY TO THE EVENT
308
AGENCY REQUESTS CARDS FROM FUND DISTRIBUTION SERVICE
310
AGENCY ASSIGNS EVENT OPERATORS TO THE EVENT, ASSIGNS CARDS TO EVENT OPERATORS
312
EVENT OPERATOR ACTIVATES CARD
314
EVENT OPERATOR RECORDS STARTING TIME
316
EVENT OPERATOR PURCHASES ITEMS WITH CARD
318
EVENT OPERATOR CONDUCTS EVENT
320
EVENT OPERATOR RECORDS ENDING TIME
322
END
324

*FIG. 3*


START
400
CALL TOLL FREE NUMBER OR ACCESS WEB SITE
402
ENTER CARD ID, PIN NUMBER & EVENT ID
404
CARD BLOCKED ?
406
YES
END
408
NO
ENTERED INFORMATION ACCEPTED ?
410
NO
INFORMATION REJECTED MORE THAN TWICE ?
412
NO
YES
BLOCK CARD
414
YES
ASSOCIATE EVENT & AUTHORIZED BUDGET WITH CARD
416
CONDUCT DEMONSTRATION
420

*FIG. 4*


START
500
RECEIVE CARD ID
502
CARD ID VALID ?
504
NO
YES
RECEIVE PIN NUMBER
506
PIN NUMBER VALID ?
508
NO
YES
RECEIVE EVENT ID
510
EVENT ID VALID ?
512
NO
YES
ASSOCIATE EVENT WITH CARD
514
ASSOCIATE EVENT BUDGET WITH CARD
516
END
518

*FIG. 5*




FIG. 6


ABC BANK DEBIT CARD
1 2 3 4 5 6 7 8 9
01/2003
JOE SMITH
704
706
708
702
ABC BANK DEBIT CARD
1 2 3 4 5 6 7 8 9
704
702
710

*FIG. 7*


START
802
ENTER PURCHASE AMOUNT INTO CARD READING DEVICE
804
SWIPE/INSERT CARD AT CARD READING DEVICE
806
SEND DATA TO FUND DISTRIBUTION SERVICE
808
PURCHASE AMOUNT GREATR THAN CARD BALANCE?
810
YES
REJECT PURCHASE
812
NO
AUTHORIZE PURCHASE
814
REDUCE CARD BALANCE BY PURCHASE AMOUNT
816
END
818

FIG. 8

EVENT MANAGEMENT

902

| EVENT ID (904) | EVENT STATUS (906) | EVENT STARTING DATE (908) | EVENT ENDING DATE (910) | AUTHORIZED BUDGET (912) | AGENCY ID (914) | CARD NUMBERS (916) |
|---|---|---|---|---|---|---|
| E001 | CLOSED | 01/01/2001 | 01/01/2001 | $20 | JIM'S AGENCY | 111111111 |
| E002 | OPEN | 06/30/2001 | 07/04/2001 | $50 | JOE'SGENCY | 222222222 |
| E003 | OPEN | 07/01/2001 | 07/01/2001 | $35 | TIM'S AGENCY | 123456789,234567890 |
| E004 | CLOSED | 09/01/2001 | 09/02/2001 | $100 | LEE'S AGENCY | 777777777,88888888..... |

TODAY'S DATE: 07/01/2001

*FIG. 9*

1002

CARD MANAGEMENT

| CARD ID (1004) | PIN NUMBER (1006) | CARD STATUS (1008) | BALANCE (1010) | AGENCY ID (1012) | EVENT ID (1014) |
|---|---|---|---|---|---|
| 123456789 | 6789 | BLOCKED | 0 | TIM'S AGENCY | E003 |
| 111111111 | 1111 | DEACTIVATED | 0 | JIM'S AGENCY | E001 |
| 222222222 | 2222 | ACTIVATED | $50 | JOE'S AGENCY | E002 |
| 333333333 | 3333 | ACTIVATED | $25 | JOE'S AGENCY | E002 |

*FIG. 10*



FUND DISTRIBUTION SERVICE
108
DATABASE
1112
1114
STORAGE DEVICE
1116
SERVER
1118
WORKSTATION
EVENT COORDINATOR
1102
1120
POINT-OF-SALE NETWORK
212
1111
MANUFACTURER
MANUFACTURER
1110
NETWORK
AGENCY
AGENCY
1104
EVENT OPERATOR
EVENT OPERATOR
RETAILER
RETAILER
1100
1108
1122


*FIG. 11*


START
1202
RECEIVE REQUEST THROUGH REMOTE NETWORK TO ORGANIZE PROMOTIONAL EVENT
1204
COORDINATE PROMOTIONAL EVENT
1206
TRACK ASSIGNED AGENCY'S PARTICIPATION IN PROMOTIONAL EVENT
1208
TRACK ASSIGNED EVENT OPERATOR'S PARTICIPATION IN PROMOTIONAL EVENT
1210
PROVIDE EVENT DATA TO ONE OR MORE USERS THROUGH REMOTE NETWORK
1212
END
1214

*FIG. 12*




*FIG. 13*


1400
File
Edit
View
Go
Favorite
Help
Back
Forw...
Stop
Refresh
Home
Search
Favorite
Print
Font
Mail
1410
1412
1414
1416
ORDER
PRODUCT
STORE LIST
BUYER APPROVAL
1418
Order Name:
1420
Department:
1
2
3
4
1422
Requested Event Date:
12/21/2005
1424
# of Stores:
1
1426
Category Manager/Buyer:
Claudio

FIG. 14A


1400
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
1410 1412 1414 1416
ORDER
PRODUCT
STORE LIST
BUYER APPROVAL
How many UPCs (products) would you like to promote? 1
1430
Product 1
Manufacturer: Bottling Co.
Product Name: Cola
UPC: 123123123123
Item Code:
1432 1434 1436 1438

FIG. 14B


1400
File
Edit
View
Go
Favorite
Help
Back
Forw...
Stop
Refresh
Home
Search
Favorite
Print
Font
Mail
1410
1412
1414
1416
ORDER
PRODUCT
STORE LIST
BUYER APPROVAL
Requested Event Date:
12/21/2005
1440
1442
Store List File:
Browse...
1444
Upload
1446
Available Stores for 12/21/2005
Store # / Store Name / # Events
1 Store A 2
2 Store A 1
3 Store A 2
4 Store A 2
5 Store A 2
1448
1452
>>
<<
1454
Approved Stores for 12/21/2005
Store # / Store Name / # Events
1450

FIG. 14C


1500
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Extensions Search Page
Scheduled Event Date From: 11/15/2005
Scheduled Event Date To: 11/15/2005
Version Number:
Extension Number:
Event Number:
Week Number: 0 Year: 07
Division:
Agency Response Status: --Select--
Search Download Clear
2 items found, displaying 1 to 2
Details
Extension #
Extension Date
Chain
Retailer
Use Event Card
MROD
DSD
PERISHABLE
HIGH PROFILE EVENT
Shipping Required
Sched. Days
Version
Order
508118.18001 11/13/2005 Store B USA Store B Y N N N Y Y 28 Store A W/Signature Brands Holiday Solutions #508118
508118.18001 11/13/2005 Store B USA Store B Y N N N Y Y 6 Store A W/Signature Brands Holiday Solutions #508118
1502
1503
1504
1506
1508
1510
1512
1514
1516
1518
1520
1522
1524
1526
1528
1530
1532
1534
1536
1538
1540

FIG. 15


1600
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Info for Extension: Store A USA, 11/13/2005
Extension
Events
Computer Link
Analysis
Alert/Addendum/Updates
1610
1612
1614
1616
1618
1620
Order Name: Holiday Solutions
Version Name: Store A W/Signature Brands
Version Number: 508118.18
Extension Number: 508118.18001
Extension Date: 11/13/2005
Division: Store A, USA
Retailer: Store A
Event Type: 6 Hour Sample Distribution
Start Time: 11:00 am
Use Event Card: Yes.
Days Scheduled: 28
DSD: No
Perishable: No
High Profile Event: Yes
MROD: No.
Event Area:
Event Card Budget:
Agency Rate:
Show up Rate:
Off Date Rate:
1622
1624
Download Store Report From
Download event Instructions
Download Guidelines
1630
1632
1634

*FIG. 16A*



1600
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Info for Extension: Store A USA, 11/13/2005
1610 1612 1614 1616 1618
Extension
Events
Computer Link
Analysis
Alert/Addendum/Updates
Order Name: Holiday Solutions
Version Number: 508118.18
Extension Number: 508118.18001
Version Name: Store A W/Signature Brands
Extension Date: 11/13/2005
1640
Show All Events
Show New Events
Show Modified Events
Received Selected
Receive All
Download Events
1642 1644 1646 1648 1650 1652 1654
Event#
Event Status
Reported Status
Fin Status
Agency
Retailer
Str#
Location
Sched Date
Actual Date
Response Status
Modified Fields
Updated
3497907 Completed Completed Peding 1266 Store A 2884 806 W Tropical Pkwy Las Vegas, NV 89149 11/13/2005 11/13/2005 Received
• MC_CARD_BUDGET MODIFIED FROM 0' TO 36' ON Oct 5, 2005 4:23PM
2005- 16:23:
3497910 Pending Not Reported Peding 1266 Store A 2838 540 Marks St Henderson, NV 89014 11/13/2005 Received
• MC_CARD_BUDGET MODIFIED FROM 0' TO 36' ON Oct 5, 2005 4:23PM
2005- 16:23:


*FIG. 16B*


1600
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Info for Extension: Store A USA, 11/13/2005
1610 1612 1614 1616 1618
Extension
Events
Computer Link
Analysis
Alert/Addendum/Updates
Order Name: Holiday Solutions
Version Number: 508118.18
Extension Number: 508118.18001
Reported Status: --All--
Save Page
Download
Cancel
1660
No-Data Events:
4 items found, displaying 1 to 4
Event#
Event Status
Reported Status
Financial Status
Response Status
Q1 Q2 Q3 Q4 Q5 Q6 Q7 Q8 Q9 Q10 Q11 Q12
3497910 Pending Not Reported Pending Received
3497986 Pending Not Reported Pending Received
3499483 Show-up Not Completed Pending Received
3499495 Pending Not Reported Pending Received

*FIG. 16C*


1600
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Info for Extension: Store A USA, 11/13/2005
1610
Extension
1612
Events
1614
Computer Link
1616
Analysis
1618
Alert/Addendum/Updates
Download ComputerLink Results
1670
Download MC Card Tx Results
1672
Download Scan Data Results
1674
Download Store Report From Merge Data
1676
Download Store Report From Merge Template
1678

FIG. 16D


1700
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Details for Event '3539053' From Extension: 511710.01002
1720
1722
Main
Event Card Transactions
Scan Data
Computer Link Calls
Audit
1710
1712
1714
1716
1718
Event Number: 3539053
Event Type: 6 Hour Sample Distribution
Division: Store B
Scheduled Event Date: 11/11/2005
1720
1742
1725
1724
Event Status: Completed
Financial Status: Pending
Reported Status: Completed
Actual Event Date: 11/11/2005
1732
1734
1736
1738
Modified Fields:
• SCHEDULED_EVENT_DATE MODIFIED FROM '2005/11/07' TO '2005/11/11' ON Nov 9 2005 6:53pm
1730
Actual Event Duration: 5.15
Agency Response Status: Received
Agency Rate:
Agency Rate Coordinator Adjustment:
1740
1744
1748
Retailer: Store B
Event Card Budget: 1.50
Agency Rate Agency Adjustment:
1726
1728
1746

*FIG. 17A*


1700
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Details for Event '3539053' From Extension: 511710.01002
1710 1712 1714 1716 1718
Main
Event Card Transactions
Scan Data
Computer Link Calls
Audit
1750
Summary Information for Event and Card Number
Event Number
Card Number
Card Owner
Current Card Status
3539053
1559070547
1266
Blocked
1756 1758 1760
1752
POS Transactions
1762 1764 1768
Event Number
Event Status
Time
Tx Type
Amount
Event Card Balance
Event Card Number
Store Number
Location
AED
Tx Status
3539053 Completed2005-11-11 13:49:00.933 DEBT 0.59 1.50 155907054 117 ATM Store B, COLTON, CA 5.15 Approved Transaction
3539053 Completed2005-11-11 13:49:00.933 DEBT 0.59 0.91 155907054 117 ATM Store B, COLTON, CA 5.15 Approved Transaction
1754
VRU Transactions
1770 1772 1774
Event Number
Event Status
Agency Number
Time
Cmd Code
Card Number
Store Number
Tx Status
3539053
Completed
1266
2005-11-10 20:05:57.483
R
15590704
117
Valid

FIG. 17B


1700
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Details for Event '3539053' From Extension: 511710.01002
1710 1712 1714 1716 1718
Main
Event Card Transactions
Scan Data
Computer Link Calls
Audit
1780 1782 1784 1786
Event Number
Product Name
UPC
Sales
Lift
3539053
Potatoe Chips
12301230123
150
22%

FIG. 17C


1700
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Details for Event '3539053' From Extension: 511710.01002
1710
1712
1714
1716
1718
Main
Event Card Transactions
Scan Data
Computer Link Calls
Audit
1 item found.
1790
1792
1794
1795
Confirmation #
11112057200
Caller Type
Demonstrator
Call Date
11/11/2004
Time
20:57
Reported Status
Completed
Reported Event Date
11/11/2004
1796
Question
Estimate how many units were sold, then the pound key (#)?
Did you sell out of all products being promoted?
Number of packages used to sample, then the pound key (#)?
Number of Comsumers reached, then the pound key (#)?
Answer
150
0
10
300

FIG. 17D


1802
File
Edit
View
Go
Favorite
Help
Back
Forw...
Stop
Refresh
Home
Search
Favorite
Print
Font
Mail
EVENTS
CAMPAIGNS
REPORTS
LOG-OUT
EVENTS
1810
Choose the date range for the events you want:
Between:
And:
(mm/dd/yyyy)
Submit
CAMPAIGN
1812
Campaign A
Campaign B
REPORTS
1814
Qarterly
Year-To-Date

FIG. 18A


1820
File
Edit
View
Go
Favorite
Help
Back
Forw...
Stop
Refresh
Home
Search
Favorite
Print
Font
Mail
Events for the dates selected:
1822
1824
1826
1828
1830
1832
1834
Extension
Dates
Products
#Events
#Pending
#Complete
Event Instructions
500510.01001
11/3/2005
Salty Snacks
700
277
423
500510.01002
11/3/2005
Buttery Popcorn
500
300
200
500511.01002
11/6/2005
Crunchy Crackers
1300
400
900
500512.01001
11/6/2005
Nutty Ice Cream
800
523
277

FIG. 18B


1840
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Event's extensions 500510.01001
1842
1844 1846 1848 1850 1852 1854
Event# Agency Retailer Store# Location City State Event Date
1715891 1266 Chain C 123 352 W Siebenthaler Dayton OH 11/3/2005
1715892 1523 Chain C 245 450 Brandt Pk Dayton OH 11/3/2005
1715893 1266 Chain C 255 979 116th St/Cumberland Fishers IN 11/6/2005

*FIG. 18C*


1900
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Invoices Search Page
1910 Invoice Number: 42-1266-2005
1912 Invoice Date:
1914 Invoice Status --Select--
1915 Store Number:
1916 Event Number:
Invoice Name: 1918
Invoice Received Date: 1920
Extension Number: 1922
Store Name: 1924
Search
Clear
1926
1 item found
Details
Invoice Number
Invoice Name
Invoice Date
Invoice Received Date
1928
42-1266-2005
Week 42
2005-11-10 00:00:00.0
1 item found

*FIG. 19*


2000
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Main
Summary
Search & Edit Invoiced Events
2010
2012
2014
Details for Invoice '42-1266-2005'
2016
2018
Invoice Number: 42-1266-2004
Invoice Date: 11/10/2004
Updated By: S.C.
Updated Time: 2005-11-11 13:45:21.433
Invoice Status: Approved
Invoice Name: Week 42
Invoice Received Date:
Created By:
Created Time: 11/02/2005
# of Invoiced Events: 719
Mark As Invoiced
Download Invoice
Download Invoice Short Summary
2020
2022
2024

*FIG. 20A*


2000
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
Summary for Invoice '42-1266-2005
2016
2010 2012 2014
Main Summary Search & Edit Invoiced Events
2030 Order #
2032 Version #
2034 Extension #
2036 Scheduled Events
2038 Completed Events
2040 Show-up Events
2042 Incomplete Events
2044 Pre-Cancelled Events
2046 Other Statuses Events
2048 Event Rate
2050 Handling Fee
2052 Cash Purchase
2054 Event Card Purchase
2022 Download Invoice
2024 Download Invoice Short Summary

*FIG. 20B*


2000
File Edit View Go Favorite Help
Back Forw... Stop Refresh Home Search Favorite Print Font Mail
2010 2012 2014
Main
Summary
Search & Edit Invoiced Events
Store Name:
1924
Scheduled Event Date From:
Scheduled Event Date To:
Non-Zero Coordinator Adjustments:
Event Rate
2062
Event Number:
1916
Store #:
1914
Extension Number:
1922
Event Status:
--Select--
1914
Non-Zero Agency Adjustments:
Event Rate
2060
Search
Bulk Edit Adjustments
Download Search Data
Clear
Download Invoice Short Summary
Save Page
2066
2024
Details
Delete
Event#
Extension#
Event Status
Store Name
Store #
Scheduled Event Date
Actual Event Date
Event Rate
Agency Adjustment
Coordinator Adjustment
2064
2068
2070

FIG. 20C

# PROMOTIONAL EVENT TRACKING SYSTEM

## RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 10/013,826 filed Dec. 7, 2001, which claims the benefit under 35 USC §119(e) of U.S. Provisional Application No. 60/269,047, filed Feb. 15, 2001, and U.S. Provisional Application No. 60/305,805, filed Jul. 16, 2001, and U.S. Provisional Application No. 60/336,340, filed Oct. 18, 2001, each of which are hereby incorporated by reference herein in their entirety.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates generally to the methods for remotely managing financial expenditures by employees, and more particularly to the methods for coordinating product and service demonstrations.

2. Description of the Related Art

A number of companies such as product manufacturers, product distributors, marketers, service providers, and the like use event coordinators to coordinate product demonstrations in public areas such as retail stores or public parks. In a typical scenario, the event coordinator directs event operators to buy the demonstration products from retail stores and distribute or demonstrate the products within the retail stores on a given date for a given time duration. The manufacturer or the event coordinator may specify the location and time of the demonstration event. For example, a cooking utensil manufacturer asks an event coordinator to coordinate an event demonstrating its cooking utensils. The event coordinator then directs event operators to go to a retail store, purchase the cooking utensils, purchase food, and present a food preparation demonstration in the retail store with the purchased cooking utensils and food. Typically the event operator sets up a booth with promotional items and advertisements, so that the event operator can introduce and promote the products. Often the event operator distributes products to customers of the retail store at a reduced price or free of charge.

For certain promotional events, the event coordinator provides the event operator with requirements or instructions for the event operator to prepare and distribute the product in a specific public place, such as a public park or retail store, at a specific time as called for by the promotional event. The event coordinator may also provide the event operator with, for example, sample product to prepare and distribute, disposable utensils to distribute with the samples, sanitary gloves to use when handling the product, coupons to distribute with the samples, and promotional items and advertisements to display when preparing and distributing the product.

The event operator is usually an employee of an agency contracted by the event coordinator. In other embodiments, the event operator is an employee of the event coordinator, a product manufacturer, a service provider, or a retail store. The term "employee" as used in the present application is a broad term having its ordinary meaning and includes independent contractors. In typical situations, the event coordinator will utilize an agency's event operators, because the event coordinator does not have its own employees physically located in the geographical locale in which the products are to be demonstrated. For certain promotional events, the event operators are provided funds, typically in the form of cash or checks, for buying the demonstration products.



The event operators need to be provided funds to purchase necessary items in order to conduct the demonstration event. Credit cards can be used to make purchases without the use of cash. However, many conventional credit cards do not deduct the purchase amount from a sum of money held by the consumers. Rather, credit cards in effect provide a loan to the consumer to be paid back at a later time. If credit cards are provided to the event operators to make required purchases, the event coordinator cannot control the amount and nature of purchases. Debit cards allow a consumer to make a purchase for products without the use of cash by directly deducting the purchase amount from the consumer's bank account. Debit cards also provide a similar advantage to credit cards in that a record of purchases can be tracked according to usage of the card. With cash purchases, only the consumer can keep track of the purchases by collecting receipts.

A company desiring to promote its products or services may hire the event coordinator to manage promotional events that demonstrate certain products or services in, for example, hundreds or thousands of retail stores located throughout the United States or elsewhere. For such large promotions in stores around the country, the event coordinator may use many agencies. The event coordinator must rely on the trustworthiness of the agencies to direct employees to the demonstration locations. The event coordinator and/or the agencies must also rely on the trustworthiness of the event operators to use the provided funds to purchase the demonstration products, instead of using the funds for their personal purposes. The event coordinator and/or the agencies must further rely on the trustworthiness of the event operators to work in the specified demonstration locations on the specified dates for the specified time periods.

Occasionally, event operators arrive at the specified demonstration locations on the specified dates but are not permitted to conduct the demonstration events. For example, a retail store manager may not allow an event operator to setup a particular promotional event because the manager was not previously notified of the event or of the products or services which were to be included in the demonstration. Thus, it may be difficult to determine whether or not the event actually occurred, whether or not the retail store manager was notified of the event, and how much the event operator, agency and event coordinator should be paid for the event.

## SUMMARY OF THE INVENTION

The present invention relates to systems and methods for coordinating and tracking promotional events so as to provide parties involved in the promotional events with useful event data. In certain embodiments, the event data is provided in real-time to the parties so as to allow timely evaluation of the other parties' participation in the promotional events. According to an embodiment of the invention, a method is provided for coordinating promotional events. The method includes receiving a request to organize a promotional event and assigning an agency to staff the promotional event with an event operator. The event operator is assigned an event card that uniquely identifies the event operator. The method further includes receiving data associated with the event card from the event operator. The data includes time information verifying the event operator's participation in the promotional event. The method also includes providing the data to the agency through one or more web pages.

In an embodiment, a computer-implemented method of generating orders is provided for promotional events. The method includes providing a graphical user interface accessible over a computer network. The graphical user interface

comprises selectable entries for a plurality of attributes associated with promotional events. The method also includes receiving selections from a user for one or more of the selectable entries, providing the selections to a card administration system, providing event cards to event operators, and instructing the event operators to use the event cards to conduct the promotional events.

In an embodiment, a method is provided for staffing a promotional event. The method includes assigning an event operator having an event card to participate in a promotional event. The event card uniquely identifies the event operator and the promotional event. The method also includes tracking the event operator's use of the event card to participate in the promotional event.

In an embodiment, a method is provided for coordinating promotional events. The method includes receiving a request via a network to organize a promotional event, assigning an agency to staff the promotional event with an event operator, receiving event data from the event operator, and providing the event data to the agency through one or more web pages.

Other features and advantages of the present invention will become apparent to those of ordinary skill in the art through consideration of the following description, the accompanying drawings, and the appended claims. Not all of the features or advantages described above or discussed below are required in any particular embodiment of the present invention. Neither this summary nor the following detailed description purports to define the invention. The invention is defined by the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

Systems and methods which embody various features of the invention will now be described with reference to the following drawings, in which:

FIG. **1** is a block diagram illustrating the relationships between the entities involved in coordinating product and service demonstrations;

FIG. **2** is a block diagram of the functional elements of the system for coordinating product and service demonstrations;

FIG. **3** is a flow chart illustrating one embodiment of a process of distributing cards to event operators and conducting demonstrations;

FIG. **4** is a flow chart illustrating one embodiment of the process of an event operator activating a card;

FIG. **5** is a flowchart illustrating one embodiment of the process of a card administration system activating a card;

FIG. **6** is a diagram illustrating one embodiment of a card reading device and a cash register;

FIG. **7** illustrates one embodiment of a card;

FIG. **8** illustrates one embodiment of a card purchase authorization process;

FIG. **9** illustrates one embodiment of a computer screen for maintaining event records in a card administration system;

FIG. **10** illustrates one embodiment of a computer screen for maintaining card records in a card administration system;

FIG. **11** is a block diagram of a system for coordinating and tracking demonstration events;

FIG. **12** is a flow chart illustrating portions of an event coordination and tracking process usable by the system **1100** shown in FIG. **11** according to certain embodiments of the invention;

FIG. **13** is a block diagram illustrating relationships between various groups of promotional events;

FIGS. **14**A-**14**C are general representations of a web page for entering order information into the system shown in FIG. **11**;



FIG. **15** is a general representation of a computer user interface for accessing event data organized by extensions;

FIGS. **16**A-**16**D are general representations of a user interface for coordinating and tracking event data corresponding to an extension;

FIGS. **17**A-**17**D are general representations of a user interface for coordinating and tracking event data for specific events;

FIGS. **18**A-**18**C are general representations of user interfaces for tracking event data for specific retail stores or specific chains of retail stores;

FIG. **19** is a general representation of a computer user interface for tracking financial information related to events **1316**; and

FIGS. **20**A-**20**C are general representations of a user interface for accessing invoice data.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention relates to systems and methods for coordinating and tracking promotional product or service demonstrations. Promotional events in public locations, such as in stores or public parks, are a common way of generating buyer interest in a product or service. For example, a food company may attempt to generate customers for a new product by offering free samples at a table near the location of the product within grocery stores. Depending upon the desires of the food company, the samples may be provided in a few stores in selected cities, or in thousands of stores nationwide.

In certain embodiments of the invention, a method of coordinating product or service demonstrations includes receiving a request from a vendor to organize a demonstration event, defining the demonstration event in a card administration system, providing cards or event cards to event operators, instructing the event operators to activate the cards by contacting the card administration system, instructing the event operators to use the activated cards to purchase items for conducting the event, and instructing the event operators to use the purchased items to conduct the event. A card can be a debit card, a smart card, a credit card, a hybrid debit-credit card that allows a user to spend a percentage of deposited money and use the deposit as security, and the like. The event can be a product demonstration event to display, promote, or distribute products. The event can also be a service demonstration event to introduce or promote services. Examples of services may include travel agency services, financial services, and other services. A vendor is typically an entity that provides the demonstrated products or services.

In addition, or in other embodiments, a method of conducting a product or service demonstration event includes receiving an instruction for conducting a demonstration event, receiving a card, activating the card by contacting a card administration system, using the card to purchase items for conducting the demonstration event, and using the purchased items to conduct the demonstration event.

In certain embodiments, a method of facilitating a product or service demonstration event includes receiving instructions from an event coordinator to conduct the demonstration event, receiving cards from the event coordinator, assigning the cards to event operators, directing the event operators to activate the assigned cards by contacting a card administration system, directing the event operators to use the activated cards to purchase items for conducting the demonstration event, directing the event operators to use the purchased items to conduct the demonstration event, and compensating the event operators for conducting the demonstration event.

In certain embodiments, a method of providing cards for conducting product or service demonstrations includes issuing cards and creating records for the issued cards. The created card records include a card identifier of the card and a balance of the card. The method further includes creating records for demonstration events. The created event records include an event identifier of the event and an authorized budget of the event. The method further includes receiving activation requests, wherein each of the activation requests provides at least a card identifier of a requesting card and an event identifier of a requesting event. The method further includes incrementing the balance of the requesting card by the authorized budget of the requesting event and authorizing a retail request to use one of the cards to purchase items, if the total purchase amount does not exceed the balance of the card.

As discussed above, an event coordinator usually relies on the trustworthiness of agencies hired to staff promotional events. Further, the event coordinator and/or the agencies usually rely on event operators to participate in specified promotional events at specified locations, for specified lengths of time, on specified dates. Due to the large number of promotional events that occur on any particular day, it can be difficult to determine whether a particular promotional event actually occurred and whether it was carried out as requested by a product manufacturer or service provider that ordered the promotional event.

Thus, according to certain embodiments of the invention, systems and methods are provided for tracking promotional events and providing tracked event data to the parties involved in promotional events. In certain such embodiments, at least a portion of the event data is received from event cards provided to event operators and includes, for example, a start time for a particular event and an end time for the particular event.

In certain embodiments, a computerized promotional event coordination and tracking system includes a plurality of graphical user interfaces accessible over a network. The graphical user interfaces may include, for example, HTML web pages or the like. The graphical user interfaces may provide access to the system, or portions thereof, to an event coordinator, an agency, a product manufacturer, a service provider, a retail store manager or employee, an event operator, or combinations of the foregoing. For example, a manufacturer can access a website to order one or more promotional events and to track the progress of the promotional events as event data becomes available to an event coordinator. The manufacturer may be able to view, for example, how many of the requested promotional events have been completed and how much of the demonstrated product was distributed as samples and/or sold during the promotional events.

As another example, an agency and/or event operator can access a website to receive notifications of assigned events, view alerts or changes to assigned events, access instructions for executing the assigned events, view purchases made using event cards, view feedback for the assigned events, view start times and end times for particular assigned events, and view payment information for the assigned events. The payment information may indicate whether previous events have been invoiced and may include, for example, a compensation rate for participation in assigned events and changes to the compensation rate based at least in part on the event data available through the website. For example, an event operator may be paid less if the length of a particular event (as determined by the event operator's recorded start time and end time) is less than that requested in the event instructions.



In the following description, reference is made to the accompanying drawings, which form a part hereof, and which show, by way of illustration, specific embodiments or processes in which the invention may be practiced. Where possible, the same reference numbers are used throughout the drawings to refer to the same or like components. In some instances, numerous specific details are set forth in order to provide a thorough understanding of the present disclosure. The present disclosure, however, may be practiced without the specific details or with certain alternative equivalent components and methods to those described herein. In other instances, well-known components and methods have not been described in detail so as not to unnecessarily obscure aspects of the present disclosure.

FIG. **1** is a block diagram that illustrates the relationships between entities involved in coordinating product and service demonstrations. The entities include a product manufacturer **100**, an event coordinator **102**, an agency **104**, an event operator **105**, a retail store **106**, a fund distribution service **108**, and a bank **110**. The product manufacturer **100** can also be a service vendor that provides services. A service vendor can be, for example, a travel agency, a transportation company, a financial brokerage firm, a real estate agency, an Internet service provider, and the like.

Optionally, the bank **110** can include a collection of banks and/or other financial institutions (e.g., a credit card service that issues debits cards). Optionally, the product manufacturer **100**, the event coordinator **102**, the agency **104**, the event operator **105**, the fund distribution service **108**, and the bank **110**, can exist as one entity or a plurality of entities. For example, employees of the product manufacturer **100** can provide the services of the event coordinator **102**, the agency **104** and the event operators **105**. For another example, the event coordinator **102** can include the fund distribution service **108** and the bank **110** as its own internal financial service facilities.

In one embodiment, the product manufacturer **100** contacts the event coordinator **102** to request a demonstration of a particular product. A service vendor can also contact the event coordinator **102** to request a demonstration of a particular service. The event coordinator **102** directs its own employees or employees from the agency **104** to work as event operators **105** at the retail store **106**. In particular, the event operators **105** are directed by the event coordinator **102** or the agency **104** to demonstrate a given product at a given demonstration location on a given date. The event coordinator **102** orders a supply of cards **702** (see FIG. **7**) from the fund distribution service **108** to be used by the event operators **105** for purchasing the items necessary for the demonstration. In one embodiment, the event coordinator **102** provides funds to the bank **110** to be held in trust for the fund distribution service **108**. The funds cover the total authorized budget for the demonstration events. For an event operator **105** using a given card **702**, the authorized budget is the amount sufficient for purchasing one or more of the items to be demonstrated. The authorized budget is also sufficient for purchasing ancillary items in order to conduct the demonstration. For example, the authorized budget for demonstrating a food product may include funds to purchase the food product and funds to purchase paper plates, forks, and the like, for demonstrating the food product. In another example, the authorized budget for the demonstration of a travel agency service includes the funds to purchase items such as pens and paper to prepare for visual presentation of the service to customers of the retail store. The budget may also include funds to purchase other items such as food and souvenirs to be given to customers of the retail store.

In another embodiment, the fund distribution service **108** later bills the event coordinator **102** for the amount purchased on the cards **702**. The cards **702** assist the event coordinator **102** or the agency **104** in verifying that the event operators **105** made the specified purchases for the demonstration. The cards **702** also help verify that the event operators **105** conducted the events at the date, time and location specified by the event coordinator **102** or the agency **104**.

The fund distribution service **108** provides the event coordinator **102** with cards **702** that include respective card ID information. In one embodiment, each card **702** is also associated with a respective PIN number that identifies the card **702**. In other embodiments, a group of cards **702** is associated with a respective PIN number that identifies the group of cards **702**. Companies such as GE Capital, American Express, or Comdata Corporation can be used as the fund distribution service **108**. The event coordinator **102** can also create its own fund distribution service **108**. The card **702** can be a debit card, a credit card, a smart card, or another type of computer accessible storage medium. A credit card typically stores information on a magnetic strip of the credit card. A smart card typically stores information in a microchip of the smart card. Information can also be stored on other computer accessible storage medium such as floppy disks or optical disks. For convenience, all of the various embodiments are referred to in the present application as cards or event cards **702**.

In one embodiment described below, the event coordinator **102**, the fund distribution service **108**, or both entities can use a card administration system to automate the card administration process. The fund distribution service **108** provides the cards **702** to the event coordinator **102**, the agency **104**, or the event operator **105**. A balance is associated with each individual card **702**. The card **702** can be deactivated after the demonstration is completed.

In one embodiment, the event coordinator **102** uses the card administration system to maintain records for the cards **702** and records for the demonstration events. The event coordinator **102** typically assigns multiple cards **702** to each agency **104**. The event coordinator **102** can also change the PIN numbers of the cards **702** assigned to the agency **104**. In one embodiment, some or all of the cards **702** assigned to an agency **104** share the same PIN number, therefore reducing the number of PIN numbers that the agency **104** needs to maintain.

Prior to starting the demonstration, the event operator **10S** activates the card **702** he or she will be using by contacting a card administration system. The event operator **105** contacts the card administration system using an automated device through a communication medium such as a telephone line or a computer network. The automated device can be a Voice Recognition Unit (VRU) that accepts input by voice recognition, or a device that accepts input from the keypad of a telephone (including a cellular phone), from the keyboard of a computer or personal digital assistant, or from other wired or wireless electronic devices. The event operator **105** provides the automated device with a card ID and an event ID. After receiving the card ID and the event ID, the card administration system authorizes the card **702** with the provided card ID to be used for the event with the provided event ID. The card administration system associates the card **702** with the event's authorized budget. In another embodiment, the event coordinator **102** or the agency **104** contacts the card administration system directly or through the automated device to activate the cards **702** that will be used by event operators **105**. The card administration system can be administered by the event coordinator **102**, the fund distribution service **108**, or a third party.



The event operator **105** uses the authorized card **702** to purchase items at the retail store **106**. The card ID and the PIN number are forwarded from the retail store **106** to the fund distribution service **108**. The fund distribution service **108** verifies that the forwarded card ID and the PIN number matches the card ID and the PIN number stored at the fund distribution service **108**, authorizes the retail store **106** purchase, reduces the card's **702** balance by the purchase amount, and optionally deducts the purchase amount from the event coordinator's funds in bank **110**. In one embodiment, the fund distribution service **108** also verifies that the event associated with the card **702** represents an event that is still open.

FIG. **2** is a block diagram of the functional elements of the system for coordinating product and service demonstrations. The retail store **106** includes a plurality of event operators **105** shown at a plurality of demonstrations **206**, a plurality of cash registers **240**, a plurality of card reading devices **202**, a plurality of time recording devices **204**, and a plurality of aisles **210**. The card reading devices **202** and the cash registers **240** are preferably located in close proximity at checkout lanes of the retail store **106**. Each of the event operators **105** may be any individual or group of individuals that assist with the demonstration of a good or service.

The product manufacturer **100** issues a request to the event coordinator **102** to conduct a product demonstration event. The event coordinator **102** requests and receives cards **702** from the fund distribution service **108** to be used to purchase items for conducting the event. The event coordinator **102** also identifies to the fund distribution service **108** an account at a bank **110** from which the event coordinator's funds will be used to support the purchases. The cards **702** are assigned to the event operators **105** to be used as described below.

When an event operator **105** enters the retail store **106**, the event operator **105** swipes or inserts a card **702** at the time recording device **204** to record his or her work starting time. The time recording device **204** records the time and sends the time entry data and the card ID to the point-of-sale network **212**. Optionally, the time recording device **204** can be a kiosk, wireless device, PDA, cellular phone, or any other device capable of recording time entries. In one embodiment, the card reading device **202** also functions as a time recording device **204** to record time entries. The point-of-sale network **212** is preferably a Public Switched Telephone Network (PSTN). One skilled in the art will recognize that the point-of-sale network **212** can also be the Internet, a cable television (CATV) network, a satellite network, or any other communications network. When the event operator **105** has completed the demonstration and is ready to exit the retail store **106**, he or she swipes or inserts the card **702** at the time recording device **204** to record his or her work ending time. The point-of-sale network **212** sends the time entry data to the event coordinator **102**. Optionally, the identity or location of the retail store **106** is also sent to the event coordinator **102**, so that the event coordinator **102** can verify that the event operator **105** went to the specified retail store **106**. The point-of-sale network **212** sends data to the event coordinator **102** through the fund distribution service **108** and the network **218**. The network **218** is preferably a Public Switched Telephone Network (PSTN). One skilled in the art will recognize that the network **218** can also be the Internet, a cable television (CATV) network, a satellite network, or any other communications network. In another embodiment, the point-of-sale network **212** sends data directly to the event coordinator **102**.

After recording his or her work starting time, the event operator **105** then purchases the items needed for the product or service demonstration by searching through the aisles **210**

of the retail store **106**. The event operator **105** takes the items to the cash register **240** and purchases the items by swiping or inserting the card **702** at the card reading device **202**. In one embodiment in which the card reading device **202** can function as a time recording device **204**, the event operator **105** records work starting time by swiping or inserting the card **702** at the card reading device **202** at the cash register **240** at the same time as purchasing an item or before the purchase of an item.

In one embodiment, the event operator **105** purchases items at an automated cash register **240**, without the help of a store employee. The event operator **105** swipes or inserts the card **702** at the card reading device **202**. The automated cash register **240** then authorizes the purchase.

When the event operator **105** purchases the items by swiping or inserting the card **702**, data received by the card reading device **202** is sent from the point-of-sale network **212** to the fund distribution service **108**, which determines if the purchase amount falls within the balance of the card **702**. If the purchase amount falls within the balance, the purchase is authorized and the purchase amount is deducted from the balance on the card **702**. In one embodiment, the identities of the items to be purchased are also sent to the fund distribution service **108**. The identity of an item can include an item identifier such as an UPC (Uniform Product Code) code, or an item name. The identities of the items are compared against a list of authorized items for the event associated with the card **702**, to ensure that the event operator **105** purchased the authorized items, instead of other items for personal use. In one embodiment, the identities of authorized items are stored on the card **702**. A smart card is preferably used to store the identities of authorized items. Other information, such as the location or identity of the retail store **106**, can also be sent to the fund distribution service **108** to ensure that the event operator **105** is at the correct location. After the event operator **105** completes the purchase, the event operator **105** conducts the demonstration **206** using the purchase items. If the purchase amount exceeds the balance, the purchase will be rejected.

The point-of-sale network **212** sends the time entry data and the purchase data of the event operators **105** from the retail store **106** to the fund distribution service **108**. The fund distribution service **108** then uses the network **216** to issue a request to the bank **110** to transfer the purchase amounts from the funds of the event coordinator **102** to an account of the retail store **106**. In another embodiment, the point-of-sale network **212** directly sends the purchase data of the event operators **105** to the bank **110**. The bank **110** optionally verifies that the purchase data received directly from the point-of-sale network **212** matches the purchase data received from the fund distribution service **108**. The bank **110** transfers the purchase amounts from the funds of the event coordinator **102** to an account of the retail store **106**.

After completing the demonstration, the event operator **105** proceeds to the time recording device **204** and swipes or inserts the card **702** to record his or her work ending time. The total working time of the event operator **105** is determined by deducting the recorded ending time from the recorded starting time. The recorded work starting time, the recorded work ending time and the total working time are sent from the point-of-sale network **212** to the fund distribution service **108**. The fund distribution service **108** sends the time entry data and the purchase data to the event coordinator **102**. In another embodiment, the time entry data and the purchase data are sent directly from the point-of-sale network **212** to the event coordinator **102**. In certain embodiments, the event coordinator **102** receives the recorded work starting time and the recorded work ending time from the point-of-sale network **212** and calculates the total working time of the event operator **105**.



The event coordinator **102** uses the received data to evaluate the work performance of event operators **105**. Based on the evaluation, the event coordinator provides further instructions to the agency **104** or to the event operators **105**. The event coordinator **102** uses the purchase data to determine if the event operators **105** are making the proper purchases. The event coordinator **102** sends a report of demonstration performance to the product manufacturer **100**. The event coordinator **102** can also send the time entry data and the purchase data to the product manufacturer **100**. The event coordinator **102** uses the time entry data and the purchase data, the report, and feedback from the product manufacturer **100** to adjust future work assignments. For example, the event coordinator **102** may decide to use more event operators **105** in a certain area or on a certain product. In certain embodiments, the event coordinator **102** also uses the time entry data and the purchase data, the report, and feedback from the product manufacturer **100** to determine the amount of compensation to be paid to the agency **104** and/or the event operators **105**. For example, the amount of compensation can be adjusted based on the time duration of demonstrations, the number of demonstrations conducted on a certain date, the number of demonstrations conducted on a certain product, the number of demonstrations conducted at a certain location, and so forth.

In one embodiment, the card **702** employs smart card technology. The card **702** includes an imbedded computer chip, and the card reading device **202** is a smart card reader. The event ID, the card ID, and the PIN number can be stored on the card **702**. In addition, the authorized budget and the authorized items for the event can be stored on the card **702**. Multiple event IDs for multiple events, the respective authorized budgets for the events, and the respective authorized items for the events, can also be stored on the card **702**. By entering an event ID at the card reading device **202**, the event operator **105** can select an event to be associated with the card **702**. In another embodiment, the event operator **105** contacts a card administration system and selects an event to be associated with the card **702**.

FIG. **3** is a flow chart illustrating one embodiment of a process for distributing cards **702** to event operators **105** and for conducting demonstrations. The process begins at a block **300**. The process advances from the block **300** to a block **302**, where the event coordinator **102** receives a request from the product manufacturer **100** to organize a demonstration event at the retail store **106**. The process then advances to a block **304**, where the event coordinator **102** assigns an event ID for the given demonstration event. An event can be defined as activities in a single day, or a number of days. An event can be defined as demonstrations on a particular product, or on a number of products. An event can also be defined as demonstrations of a particular service, or a number of services.

The process advances from the block **304** to a block **306**, where the event coordinator **102** authorizes a budget for use by each event operator **105** in purchasing items for the demonstration event. The budget is associated with the event ID. The process then advances to a block **308**, where the event coordinator **102** assigns an agency **104** or a number of agencies to organize the event. In another embodiment, the event coordinator **102** directly assigns event operators **105** to conduct the event.

The process then advances to a block **310**, where the assigned agency **104** requests cards **702** from the fund distribution service **108**. In other embodiments, the assigned agency **104** requests cards **702** from the vent coordinator **102**.

In one embodiment, the event coordinator **105** requests cards **702** from the fund distribution service **108**. In one embodiment, the agency **104** or the event coordinator **102** has retained cards **702** previously provided by the fund distribution service **108**, and redistributes the cards **702** to the event operators **105** for the current demonstration event.

The process advances to a block **312**, where the agency **104** assigns event operators **105** to the event, and assigns cards **702** to the assigned event operators **105**. In one embodiment, the event coordinator **102** assigns cards **702** to the event operators **105** to conduct the event.

The process then advances to a block **314**, where an event operator **105** activates the card **702** prior to a demonstration. In one embodiment, the event operator **105** activates the card **702** by entering the event ID into the card reading device **212** at the time of purchase. One embodiment of the activation process is described below in connection with FIG. **4**. Optionally, the event operator **105** can activate the card **702** by calling a toll-free phone number or by accessing an activation web site. The process then advances to a block **316**, where the event operator **105** swipes or inserts his or her card **702** at a time recording device **204** to record his or her work starting time.

The process then advances to a block **318**, where the event operator **105** uses the card **702** to purchase items needed for the demonstration. The process then advances to a block **320** where the event operator **105** performs the demonstration. The term "demonstration" is used broadly in the present application to refer to the display, distribution, promotion, or advertising of products and services. The process then advances to a block **322**, where the event operator **105** records his or her work ending time at a time recording device **204**. The process then proceeds to an end block **324**.

FIG. **4** is a flow chart illustrating one embodiment of the process of an event operator **105** activating a card **702**. The process begins at a block **400**. The process advances to a block **402**, where the event operator **105** contacts a card administration system by calling a phone number, preferably a toll-free number, to activate the card **702**. In another embodiment, the event operator **105** contacts the card administration system by accessing an activation web site. The process then advances to a block **404**, where the event operator **105** enters information such as the card ID of the card **702**, the PIN number of the card **702**, and the event ID for the particular demonstration event. In one embodiment, the PIN number is the last four digits of the card ID. In another embodiment in which a card **702** is not associated with a PIN number, the event operator **105** enters the card ID and the event ID. The process advances to a decision block **406**, where the card administration system determines whether the card **702** associated with the entered card ID has been blocked. In one embodiment to be described below, the card administration system updates a card's **702** status to "blocked" if a user has attempted unsuccessfully more than twice to activate the card. The card administration system also updates a card's **702** status to "blocked" if the card has been reported stolen, or if the event operator **105** or the agency **104** in possession of the card **702** has been terminated by the event coordinator **102**. If the card **702** has been blocked, the process advances to an end block **408**, and the event operator **105** cannot use the card **702**. To "un-block" a card, a system administrator of the card administration system updates the status of the card. If the card **702** has not been blocked, the process advances to a decision block **410**.

At the decision block **410**, the information entered in block **404** is either accepted or rejected. The card administration system verifies that the entered card ID, the entered PIN number and the entered event ID are valid. One embodiment of the card administration verification process is described below in connection with FIG. **5**. If the information is not valid and is thus rejected, the process advances to a decision block **412** to determine if the information has been rejected more than two times.

At the decision block **412**, if the information has not been rejected more than two times, the process returns to the block **404** to allow the event operator **105** to re-enter the card ID, the PIN number, or the event ID. In certain embodiments, at the decision block **412**, if the information has been rejected more than two times, there is a presumption that the information was rejected for a reason other than a mistaken entry, and the card is blocked at a block **414**. The card administration system updates the card's status to a blocked status, so that the card can no longer be used by an event operator **105**. In one embodiment, the number of rejections allowed is a variable that can be modified by the event coordinator **102** or the fund distribution service **108**.

If the information is accepted at the decision block **410**, the process advances to a block **416**, where the card **702** is associated with an authorized budget for an event. The card administration system identifies the authorized budget for the provided event ID, and associates the budget with the card **702**. The balance of the card **702** is updated to the amount of the budget. To help the event coordinator **102** track the current use of the card **702**, the card administration system also associates the event with the card **702**. The process then advances to a block **420**, where the event operator **105** uses the card **702** to make purchases and conducts demonstration. The card administration system then deactivates the card **702** at a later time, for example at the end of the last day of the demonstration event or at the end of each day of the demonstration event. In particular embodiments, each event operator **105** is instructed to contact the card administration system after completing his or her demonstration to deactivate the card **702**, by providing the card ID, PIN number, and an event ID for the event to be deactivated. The card administration system reduces the balance of the card **702** to zero, thus preventing an event operator **105** from using the card **702** to make purchases for a deactivated event. The process then returns to the block **402** to allow the event operator **105** to activate the card **702** for a subsequent demonstration.

In another embodiment, the event coordinator **102** or the agency **104** provides pre-activated cards **702** to the event operators **105**. Each of the cards **702** is already associated an authorized budget and optionally with an event ID. The event coordinator **102** or the agency **104** activates the cards **702** by contacting the card administration system using the process of FIG. **4**, or by updating the card records in the card administration system using a system administrator's program. Therefore the event operators **105** do not need to activate the cards **702**.

In one embodiment, the card administration system is administered by the event coordinator **102**. Data on activated cards **702**, including the card ID, the PIN number, and the card balance are sent to the fund distribution service **108**, which uses the data to authorize or reject event operator **105** purchases.

FIG. **5** is a flowchart illustrating one embodiment of the process of a card administration system activating a card **702**. The card administration system stores records for events, including the respective event ID, authorized budget, and status for each event. The card administration system also stores records for cards **702**, including the respective card ID, the PIN number, the status, the associated event ID, and the balance for each card. In one embodiment, a card record also

includes an identifier of the agency **104** to which the card **702** is assigned, or an identifier of the event operator **105** to which the card **702** is assigned.

The process starts from a start block **500**, and advances to a block **502**. At the block **502**, the card administration system receives a card ID provided by an event operator **105**. The process advances to a decision block **504**, where the card administration system verifies that the provided card ID is valid. The card administration system verifies that the card ID is associated with an existing card **702**, and that the card **702** is not blocked or already activated. If the card ID is not valid, the process returns to the block **502** to prompt the event operator **105** to re-enter the card ID. If the card ID is valid, then the process advances to a block **506**.

At the block **506**, the card administration system receives a PIN number from the event operator **105**. The process advances to a decision block **508**, where the card administration system verifies that the provided PIN number is valid. The card administration system verifies that the PIN number is associated with the card **702**. If the PIN number is not valid, the process returns to the block **506** to prompt the event operator **105** to re-enter the PIN number. If the PIN number is valid, then the process advances to a block **510**. In one embodiment, a card **702** is not associated with a PIN number, and the actions of the block **506** and the block **508** are omitted.

At the block **510**, the card administration system receives an event ID from the event operator **105**. The process advances to a decision block **512**, where the card administration system verifies that the provided event ID is valid. The card administration system verifies that the event ID is associated with an existing event that is still open. The card administration system maintains the events and the respective "open" or "closed" status for each event. If the event coordinator **102** does not want to have demonstrations conducted for an event, the event coordinator **102** directs the event status to be defined as "closed" or "pre-cancelled." In one embodiment, the card administration system maintains a starting date and an ending date of each event. If the ending date for an event has expired, the event is automatically defined as a closed event, so that event operators **105** cannot use cards **702** for an event that has passed its scheduled ending date. An event having a starting date more than approximately one or two days later than the current date is also defined as a closed event, so that event operators **105** can use cards **702** only for events scheduled to start on the current day or the next day or two, but cannot use cards **702** for events scheduled to start on a later future date.

If the event ID is not valid, the process returns from the decision block **512** to the block **510** to prompt the event operator **105** to enter a valid event ID. If the event ID is valid, the process advances to a block **514**. At the block **514**, the card administration system associates the event ID with the card **702**. The process advances to a block **516**, where the card administration system associates the authorized budget of the event with the card **702**. The balance of the card **702** is replaced or updated to be the amount of the authorized budget of the event. In another embodiment, the card administration system increases the balance of the card **702** by the amount of the authorized budget of the event. The process then advances to an end block **518**.

In one embodiment, each demonstration event is defined as an event starting and ending on a particular day. At the end of the day, the card administration system assigns an event status of "closed" to all events of the current day, and deactivates all cards **702** associated with such events. The balance of a deactivated card **702** is reduced to zero.

FIG. **6** illustrates one embodiment of the card reading device **202** placed near the cash register **240** within the retail store **106**. The configuration allows for the event operator **105** to use the card **702** by swiping or inserting it at the card reading device **202**. One embodiment of the card reading device **202** is Master Card's Maestro card reading device.

FIG. **7** illustrates one embodiment of a card **702**. The top portion of FIG. **7** illustrates the front of a debit card issued by "ABC BANK." The bottom portion of FIG. **7** illustrates the back of the debit card. The card **702** as shown in FIG. **7** includes a card number **704**, an expiration date **706**, and a customer name **708**. The customer name **708** is typically the name of the event coordinator **102**, but can also be the name of the agency **104** or the name of an event operator **105**. The card **702** also includes a magnetic strip **710**, which stores card information such as the card number **704**. In another embodiment, the card **702** does not include a customer name **708**.

FIG. **8** illustrates one embodiment of a card purchase authorization process. The process starts from a block **802** and advances to a block **804**. At the block **804**, the event operator **105** or a retail store **106** employee enters the total purchase amount for the items to be purchased into a card reading device **202**. In one embodiment, the event operator **105** or a retail store **106** employee scans the total purchase amount into the card reading device **202**. The process advances to a block **806**, where the event operator **105** or the retail store **106** employee swipes or inserts the card **702** at the card reading device **202**. In one embodiment, the event operator **105** further enters a card PIN number into the card reading device **202**. The process advances to a block **808**, where the card reading device **202** sends data through the point-of-sale network **212** to the fund distribution service **108**. The sent data includes the total purchase amount, the card ID of the card **702**, and optionally other information, such as the identifications of the items to be purchased, the current date and time, and the identification of the retail store **106**. In one embodiment, the card reading device **202** sends data to a card administration system maintained by the fund distribution service **108**, by the event coordinator **102**, or jointly by the fund distribution service **108** and the event coordinator **102**. In another embodiment, a card information database at the fund distribution service **108** is connected to a card administration system of the event coordinator **102**. When an event operator **105** contacts the card administration system and activates a card **702**, the card administration system updates the card balance in the card administration system, and notifies the fund distribution service's card information database to update the card balance.

The process advances from the block **808** to a decision block **810**, where a determination is made as to whether the requested purchase amount is greater than the card balance. If the purchase amount is greater than the card balance, the process advances to a block **812**, where the authorization request is rejected. The process then returns from the block **812** to the block **804**, where the event operator **105** or the retail store **106** employee can enter another purchase amount. If the purchase amount is less than or equal to the card balance, then the process advances from the decision block **810** to a block **814**, where the purchase is authorized. The event operator **105** is thus allowed to purchase the items for conducting a demonstration event. The process advances to a block **816**, where the card balance is reduced by the purchase amount. In one embodiment in which the fund distribution service's card information database is connected to the event coordinator's card administration system, the fund distribution service reduces the card balance in the card information database, and notifies the card administration system to reduce the card

balance in the card administration system. The process then advances to an end block **818**.

FIG. **9** illustrates one embodiment of a computer screen for maintaining event records in a card administration system. An event records table **902** in FIG. **9** displays event records stored in the card administration system. Each event record includes an event ID **904** that identifies the event, an event status **906** of "open" or "closed," an event starting date **908**, an event ending date **910**, an authorized budget **912** of the event, an agency ID **914** identifying the agency (or agencies) responsible for the event, and card numbers **916** identifying cards that are associated with the event. Event operator identifiers (not shown) can also be associated with an event record, to identify event operators **105** who are responsible for conducting the event. The event operator identifiers can be entered by the event operators **105** when they contact the card administration system to activate the cards **702**.

The event records are preferably maintained by the event coordinator **102**. The event coordinator **102** creates and updates the event records. The event coordinator **102** assigns an authorized budget **912** to each event. The event coordinator **102** also assigns one or more agencies **104** identified by the agency ID field **914** to conduct the event. The event status **906** can be maintained by a system administrator of the event coordinator **102**, or maintained automatically depending on the event starting date **908** and the event ending date **910**. For example, an event whose event ending date **910** has expired (i.e., is earlier than the current date) is assigned an event status **906** of "closed." An event whose event starting date **908** has not arrived (i.e., is much later than the current date) is also assigned an event status **906** of "closed."

The event records can be maintained in a spreadsheet, a flat file database, a relational database, an object-oriented database, or a combination of the above. An event record can be maintained in separate tables. For example, the event ID **904** and the authorized budget **912** can be maintained in an event-budget table, and other event information shown in table **902** except the authorized budget **912** can be maintained in a separate table. For another example, instead of being stored in the event records table **902**, the card numbers **916** can be stored in a card records table **1002** (see FIG. **10**). As described below, the card administration system can use the event ID **1014** in the card records table **1004** to identify the card IDs associated with each event. The event ID **1014** of a card record stores the event ID associated with the card **702**. The card numbers **916** are then displayed in the event records table **902**.

FIG. **10** illustrates one embodiment of a computer screen for maintaining card records in a card administration system. A card records table **1002** in FIG. **10** displays card records stored in the card administration system. Each card record includes a card ID **1004**, a PIN number **1006**, a card status **1008** of "activated," "deactivated," or "blocked," a balance amount **1010**, an agency ID **1012** identifying the agency to which the card **702** is assigned, and an event ID **1014** identifying the event associated with the card **702**. A card record can also include an event operator identifier (not shown) that identifies the event operator **105** to whom the card **702** is assigned. The event operator identifiers can be entered by the event operators **105** when they contact the card administration system to activate the cards **702**.

The card ID **1004** of a card **702** is typically issued by the fund distribution service **108**. The event coordinator **102** assigns cards **702** to agencies **104**, and updates the agency ID field **1012**. The event coordinator **102** or the fund distribution service **108** can optionally update the PIN number **1006** of a card **702**. In one embodiment, each agency **104** is assigned



one or more fixed PIN numbers, to help the agency **104** and its event operators **105** to remember the PIN numbers. The event ID **1014** identifies the event associated with the card **702**. The event ID **1014** is entered by an event operator **105** during the card activation process of FIG. **4**. The balance amount **1010** is zero for deactivated or blocked cards **702**. For cards **702** that have been activated but have not been used for purchases, the balance amount **1010** is equal to the authorized budget of the associated event. The balance amount **1010** of an activated card **702** is then reduced by the amount of purchase made by the event operator **105**.

The card records can be maintained in a spreadsheet, a flat file database, a relational database, an object-oriented database, or a combination of the above. A card record can be maintained in separate tables. Other tables can also be used. For example, an agency records table (not shown) can be used to keep track of the cards **702** and the events assigned to each agency **104**. The agency record table includes the agency ID, the card numbers for cards assigned to the agency **104**, the event IDs for events assigned to the agency, and the PIN numbers assigned to the agency **104**.

Additional information can also be displayed in computer-generated reports or computer screens. For example, for each card **702**, a report or screen can display the item identifiers for the items purchased using the card **702**. Other purchase information can also be displayed, for example the item names for the purchased items, the price and quantity of the purchase items, the date and time of the purchase, the recorded work starting time, the work ending time, and the identity or location of the retail store **106**. Computer-generated reports or computer screens can be used for many purposes, such as tracking the progress of a card **702**, tracking the progress of an event, tracking the progress of an agency **104**, and the like.

FIG. **11** is a block diagram of a system **1100** according to certain embodiments of the invention for coordinating and tracking demonstration events. The system **1100** is configured to process and transfer information between the entities involved in a demonstration event and includes an event coordinator system **1102**, agency systems **1104** (two shown), event operator systems **1108** (two shown), retailer systems **1122** (two shown), and manufacturer systems **1111** (two shown) connected through a network **1110**. The network **1110** can include, for example, a local area network (LAN), a wide area network (WAN), a Public Switched Telephone Network (PSTN), a cable television (CATV) network, the Internet, or other connection services and network variations such as the world wide web, the public internet, a private internet, a private computer network, a secure internet, a private network, a public network, a value-added network, combinations of the foregoing, or the like.

The event coordinator system **1102**, agency systems **1104**, event operator systems **1108**, retailer systems **1122**, and manufacturer systems **1111** can include, for example, computers comprising any microprocessor controlled device that permits access to the network **1110**, including terminal devices, such as personal computers, workstations, servers, mini-computers, hand-held computers, main-frame computers, laptop computers, mobile computers, set top boxes for televisions, combinations thereof, or the like. The computers may further include input devices such as a keyboard or a mouse, and output devices such as a computer screen, a printer or a speaker.

The event coordinator system **1102** includes a database **1112**, a storage device **1114**, a server **1116** and a workstation **1118** interconnected through a LAN **1120**. An artisan will recognize that the database **1112**, storage device **1114**, and workstation **1118** can be implemented on one or more com-

puters. These computers may be single-processor or multi-processor machines. An artisan will also recognize that the database **1112** can be part of the storage device **1114**. The database **1112** comprises event data useful for coordinating and tracking events and may include, for example, information related to manufacturers, service providers, agencies, event personnel, retail stores, event specifications, tracked event results, payment information, or the like. In certain embodiments, the tracked event results include, for example, date and time information of when demonstration events took place, financial information (such as purchases made by event operators using event cards **702**, rates paid to agencies for staffing demonstration events, and rates paid to event operators for participation in events), shipping information, event auditing information, consumer feedback information, retail store feedback information, event operator feedback information, combinations of the foregoing, or the like.

The event coordinator system **1102** receives data from a fund distribution service **108** and/or a point-of-sale network **212**, such as the fund distribution service **108** and point-of-sale network **212** discussed in relation to FIG. **2**. As discussed above, the point-of-sale network **212** records event information such as start time, end time, event ID, card ID, PIN number, purchase data, combinations of the foregoing, or the like. The purchase data includes purchase amount and, in certain embodiments, identification of items purchased by an event operator using an event card **702**.

In certain embodiments, the purchase data also includes the amount of demonstrated product sold during promotional events. For example, if an event includes passing out samples of a certain breakfast cereal at a certain retail store, the point-of-sale network **212** will record how many units of the breakfast cereal were sold to customers of the retail store during the event. In certain such embodiments, the point-of-sale network **212** records the amount of product purchased by customers of the retail store as the products' bar codes are scanned or as the products' identity is otherwise entered into the cash registers **240** during checkout. In other embodiments, event operators report the amount of product sold during promotional events to the event coordinator system **1102**.

The point-of-sale network **212** sends the event information to the fund distribution service **108** and/or the event coordinator system **1102**. As discussed above, the fund distribution service **108** determines if a purchase amount for products purchased by an event operator falls within the balance of the event operator's event card **702**. In certain embodiments, the fund distribution service **108** also checks that the items purchased using the event card **702** are authorized. The fund distribution service **108** either authorizes or denies the purchase and sends the purchase data and any other data it received from the point-of-sale network **212** to the event coordinator system **1102**.

The event coordinator system **1102** uses the received data to evaluate the work performance of event operators and to evaluate the success of events. The event coordinator system **1102** also selectively provides portions of the received data and other event information to the agency systems **1104**, the event operator systems **1108**, the retailer systems **1122**, and manufacturer systems **1111** through the network **1110** to coordinate and track past, present and future demonstration events. By providing selected portions of the data to the various parties involved in the demonstration events, the parties can advantageously evaluate the performance of the other parties and the value of the services they provide. In certain embodiments, at least portions of the event data is provided to one or more of the parties in real-time so the parties can coordinate and determine the status of demonstration events in a timely manner.



The storage device **1114** of the event coordinator system **1102** includes at least one software application that can be executed by the server **1116** to coordinate and track an event as described herein. Thus, event data can be exchanged between the event coordinator system **1102** and the agency systems **1104**, event operator systems **1108**, retailer systems **1122**, and manufacturer systems **1111** through the network **1110**. In certain embodiments, the agency systems **1104** can execute software applications hosted by the server **1116** and can directly access or update the event data stored in the event coordinator system's database **1112**. In addition, or in other embodiments, the agency systems **1104** are standalone systems that can execute software programs to track events and update event data without being connected to the event coordinator system **1102** and/or the network **1110**. In certain such embodiments, the agency systems **1104** are standalone systems that can execute software programs to track events and update event data without any communication or relationship with the event coordinator.

In certain standalone systems, event data can be exchanged between the event coordinator system **1102** and the agency systems **1104** through the network **1110**. For example, the event coordinator system **1102** may coordinate and track events by updating at least a portion of the event data stored in the agency systems **1104**. Thus, the agency systems **1104** can receive updated event data from the event coordinator system **1102** and can update the event data stored in the event coordinator's database **1112**. Event data can be exchanged between the agency systems **1104** and the event coordinator **1102** through the network **1110** when desired or at prescheduled times. In an exemplary embodiment, the event data is exchanged at night or at the end of a business day.

In certain embodiments, the server **1116** in the event coordinator system **1102** hosts one or more user interfaces, such as web pages or the like, for coordinating and tracking promotional events. For example, the server **1116** may host a manufacturer or service provider website accessible by the manufacturer systems **1111** through the network **1110**. By logging into the manufacturer website, the manufacturer systems **1111** can request new demonstration events for their products or services. The manufacturer systems **1111** can remotely specify the event dates and times, the geographical regions where the events will take place, the products or services to be demonstrated, the number of stores to demonstrate in, the name of specific stores or a chain of stores to demonstrate in, the agency to staff the events, the attributes of the event operators participating in the events, combinations of the foregoing, or the like.

In addition, or in other embodiments, the manufacturer systems **1111** can view the status or results of previously ordered product or service demonstrations through the network **1110**. In certain such embodiments, the manufacturer systems **1111** can view, for example, identities of public locations (e.g., the specific retail stores or public parks) that have been scheduled to host the events, identities of agencies assigned to staff the events, identities and/or attributes of event operators assigned to participate in the event, dates and times when specific events actually occurred, amounts of free samples distributed during a particular event or group of events, percentages of increased product sales as a result of the events, audit results, consumer feedback results, event operator feedback results, retail store feedback results, event reports or summaries, and/or store report forms as discussed herein, combinations of the foregoing, or the like. In certain

exemplary embodiments, at least a portion of the status or results of previously ordered product or service demonstrations is made available to the manufacturer systems **1111** through the manufacturer website as it becomes available to the event coordinator system **1102**. Thus, the manufacturer systems **1111** can evaluate the success of particular events or groups of events in a timely manner so as to base business decisions thereon.

The server **1116** may also host, for example, one or more agency websites accessible by the agency systems **1104** through the network **1110**. By logging into the agency website, the agency systems **1104** can access, download, or directly update event data in the event coordinator system's database **1112**. In certain embodiments, the agency systems **1104** have exclusive access to respective portions of the database **1112** corresponding to their assigned events.

Through the agency website, the agency systems **1104** can, for example, receive notification of assigned events, view alerts or changes to assigned events, view or download event guidelines or instructions, view or download store report forms (discussed below) or other feedback forms, assign event operators to staff the events, view the assigned event operators' start times and end times for particular events, view products purchased by the event operators using event cards **702**, track shipments from the event coordinator system **102** or manufacturer systems **1111**, view amount of increased product sales as a result of specific events or groups of events, view event operator payment rates, view invoices from the event coordinator system **1102**, request changes to invoices from the event coordinator system **1102**, view retailer feedback, view consumer feedback, view event operator feedback, combinations of the foregoing or the like. Thus, the agency systems **1104** can coordinate demonstration events and track their respective performances as well as the performances of their respective event operators in a timely manner.

In certain embodiments, the server **1116** also hosts one or more retailer websites accessible by the retailer systems **1122** through the network **1110**. By logging into the retailer website, the retailer systems **1122** can view event information for demonstrations scheduled for specific stores. For example, a store manager or other employee can view events scheduled to take place on specific dates and times. Thus, the store manager can be informed of and prepared for upcoming promotional events and can verify that each event operator present in the store has been scheduled to be there. In certain embodiments, the store manager can also view the products or services that will be demonstrated during specific events and the instructions provided to the event operators on how to conduct the events.

In certain other embodiments, by logging into a retailer website, the retailer systems **1122** can request new demonstration events through the network **1110** for products or services that they sale. The retailer systems can remotely specify event dates and times, number of stores to host the events, specific store locations to host the events, combinations of the foregoing, or the like. In addition, or in other embodiments, the retailer systems **1122** can view the status or results of previously ordered product or service demonstrations through the network **1110**.

In certain embodiments, the server **1116** also hosts one or more event operator websites accessible to the event operator systems **1108**. The event operator systems **1108** provide login information that includes data used to associate respective event operator systems **1108** with corresponding agency systems **1104** that the event operator is registered with, for example, as an employee or contractor. Through the network **1110**, event operator systems can view event information for demonstrations to which they have been assigned. The event operators can view, for example, assigned event dates and times, changes to assigned event dates and times, instructions for participating in assigned events, pay rates for assigned events, start time and end time for previously performed assigned events, adjusted payments based on start time and end time for previously performed assigned events, payment processing for previously performed events, transaction history of their assigned event card **702**, combinations of the foregoing, or the like.

FIG. **12** is a flow chart illustrating portions of an event coordination and tracking process **1200** usable by the system **1100** shown in FIG. **11** according to certain embodiments of the invention. While FIG. **12** shows various steps for coordinating and tracking events in a particular order, artisans will recognize that several of the steps shown can be carried out simultaneously and that other steps or other sequences of steps are also compatible with embodiments described herein. The process **1200** begins in a block **1202** and advances to a block **1204** where the event coordinator system **1102** receives a request through the remote network **1110** to organize a promotional event. In certain embodiments, a user requests a promotional event or group of promotional events through a remote user interface, such as one or more web pages. For purposes of discussion hereinbelow, FIG. **13** is a block diagram illustrating relationships between various groups of promotional events according to certain embodiments of the invention. As discussed in detail below, the event coordinator system **1102** receives an order **1310** from the user (e.g., one or more of the manufacturer systems **1111** or retailer systems **1122**), defines at least one version **1312** of the order **1310**, and defines at least one extension **1314** comprising one or more events **1316**.

The order **1310** specifies products or services to be demonstrated and requests demonstration dates and geographical regions where the demonstrations will take place. The order **1310** may also specify how many stores in which to demonstrate the product or service, names of specific stores or chain of stores in which to demonstrate the product or service, attributes of the event operators participating in the events, combinations of the foregoing, or the like.

FIGS. **14A-14C** are general representations of a web page **1400** according to certain embodiments for entering order **1310** information into the system **1100**. The web page **1400** includes an order tab **1410**, a product tab **1412**, a store list tab **1414** and a buyer approval tab **1416**. By way of example, large retail chains may have managers or buyers that buy or manage certain types of products or services for all or a portion of the retail stores in the chain. Such managers or buyers can use the retailer systems **1122** to access the exemplary order tab **1410** illustrated in FIG. **14**A and request demonstrations of the products or services they are assigned to buy or sell. The order tab **1410** includes data entry fields for an order name (field **1418**), a department (field **1420**) that buys or sells the products or services to be demonstrated, requested event date (field **1422**) and a number of stores field **1424**. In this example, the user can also enter their name in a "category manager/buyer" field **1426**.

As another example, the order **1310** may be entered into the system **1100** by product manufacturers or service providers through the manufacturer systems **1111**. In certain such embodiments, the user enters a desired date into the requested event date field **1422** and also selects a zone or region in a data entry field (not shown) where the products or services are to be demonstrated. The zones or regions may specify, for example, portions of a city, state, country or other geographical region. In certain embodiments, the user can also select an

agency to staff the demonstrations. In addition, or in other embodiments, the user can also request that the demonstrations correspond to dates in which product or service advertisements will be published, thus increasing overall exposure to the products or services.

FIG. **14**B illustrates the product tab **1412** according to certain embodiments. The product tab **1412** allows the user to specify the products or services to demonstrate. The product tab **1412** includes data entry fields for specifying the number of products (field **1430**) to promote as part of the order **1310**. The product tab **1412** also includes data entry fields for specifying a manufacturer (field **1432**) and a product name (field **1434**) of the product or service to demonstrate. In certain embodiments, the product tab **1412** also includes data entry fields for a UPC code (field **1436**) and an item code (field **1438**) to further identify the specific products or services to demonstrate.

FIG. **14**C illustrates the store list tab **1414** according to certain embodiments. The store list tab **1414** allows the user to specify the stores or other public locations where the demonstrations corresponding to the order **1310** will be held. The store list tab **1414** includes an available stores list **1448** for a particular date selected in a requested event date field **1440**. In certain embodiments, the list of available stores **1448** is generated by filtering data stored in an electronic file comprising identities of retail stores and other public locations. The user selects the electronic file by entering the name and storage location of the file in a store list file field **1442** or by pressing a browse button **1444** and selecting an upload button **1446**. The available stores list **1448** includes the retail stores or other public locations that meet the parameters specified in the order tab **1410** including, for example, being located in a particular zone or region or being managed by a particular staffing agency.

The user highlights a particular store and presses a selection button **1452** to move the store from the available stores list **1448** to an approved stores list **1450**. The stores moved to the approved stores list **1450** will be included in the order **1310**. Similarly, the user can remove a store from the approved store list **1450** by highlighting the store in the approved stores list **1450** and pressing an unselect button **1454**. In certain embodiments, the number of events already scheduled for a particular store on the particular date indicated in the requested event date field **1440** is shown in the available stores list **1448**. Thus, the user can select stores to include in the order **1310** based at least in part on the number of events already scheduled for the particular store on the desired demonstration date. Some retail stores may only allow a certain number of demonstration events to be performed in a particular store at a time. For example, a particular store may only allow up to four demonstration events per day. In such circumstances, stores exceeding four demonstration events on the particular day would not be displayed in the available stores list **1448**.

After making selections in the order tab **1410**, the product tab **1412** and the store list tab **1414**, the user can submit the order **1310** in the buyer approval tab **1416**. Although not shown, in certain embodiments, the buyer approval tab **1416** allows the user to download a buyer approval form that can be printed and signed. In other embodiments, the user can approve the order **1310** electronically in the buyer approval tab **1416** through an electronic signature or by entering in an authorization code. In certain embodiments, the buyer approval tab **1416** includes a field to enter in notes related to the order **1310**.

Referring again to FIGS. **12** and **13**, the process **1200** advances from the block **1204** to a block **1206** where the event coordinator system **1102** coordinates the promotional event as described above in relation to FIGS. **1-10**. After receiving the order **1310**, the event coordinator system **1102** generates at least one version **1312** of the order **1310** that defines products or services to demonstrate and general guidelines such as the amount of time that corresponding events **1316** will last, materials to be used, materials to be shipped to agencies or event operators, and other general information regarding events **1316** corresponding to the version **1312**.



In certain embodiments, the workstation **1118** of the event coordinator system **1102** comprises a graphical user interface (not shown) having data entry fields that allow a user to specify the general guidelines. In certain such embodiment, at least a portion of the data entry fields are automatically populated with information electronically received as part of the order **1310**. The user then provides additional information in other data entry fields. For example, requested demonstration dates, products to be demonstrated, and the number of events **1316** may be automatically entered into the event coordinator system **1102**. The user may then use the graphical user interface to specify marketing materials to be displayed, necessary equipment (e.g., frying pan, cooking utensils, apron, extension cord, tablecloth, disposable napkins and utensils to distribute with the samples, etc.), and other general information regarding the events **1316**.

In certain embodiments, the event coordinator system **1102** includes marketing and purchasing sub-systems (not shown) configured to automatically receive and process portions of the general guidelines. For example, a purchase request for material or equipment specified by the user for the events **1316** may be automatically sent to the purchasing sub-system for processing. Similarly, a request to generate marketing materials such as posters to display or promotional materials to pass out during the events may be automatically sent to the marketing sub-system for processing.

As part of the coordination process, the event coordinator system **1102** defines at least one extension **1314** by grouping event locations with event dates and times, assigning an agency to staff the events **1316** corresponding to the extension **1314**, and generating instructions for the particular events **1316** corresponding to the extension **1314**. For the events **1316**, the event coordinator system **1102** can generate packages or kits including the materials to be shipped to the agencies or event operators assigned to staff the events **1316**. The kits may include, for example, samples of the product to distribute, disposable utensils, sanitary gloves, aprons, instructions, coupons, promotional items, advertisements to display, event cards **702**, combinations of the foregoing, or the like. In certain embodiments, the event coordinator system **1102** includes a shipping/warehousing sub-system (not shown) configured to receive information about the events **1316** and to assemble and ship the kits to the assigned agencies. For example, the shipping/warehousing subsystem may automatically receive address shipping information when the agencies are assigned and be notified when the materials to be shipped to the agencies have been received or are otherwise ready to be shipped.

In certain embodiments, the database **1112** of the event coordinator system **1102** includes parameters for selecting specific event locations. The parameters may include, for example, limitations set by certain retail stores on the types of events that they are willing to host, restrictions on the number of events that can be hosted in the retail stores on one day, days of the weeks the retail stores are willing to host events, the type of coupons that the retail stores will accept or allow to be distributed, combinations of the foregoing, or the like. The event coordinator system **1102** prevents a user from

selecting a specific retail store location for a specific event if the retail store's parameters are not satisfied.

In certain embodiments, the event coordinator system **1102** assigns the agency based at least in part on a request from the manufacturer or retailer that placed the order **1310**. In certain other embodiments, the event coordinator system **1102** assigns the agency based at least in part on the retail stores where the events **1316** will take place. In certain such embodiments, the database **1112** of the event coordinator system **1102** comprises information defining relationships between at least one agency and at least one retail store. For example, an agency may have an agreement with a particular retail store or chain of retail stores to provide exclusive staffing services for promotional events. As another example, a retail store or chain of retail stores may specify a certain agency as its primary or secondary source of staffing services for promotional events. In such embodiments, the event coordinator system **1102** automatically assigns agencies to staff events where a relationship exists between the agency and the retailer. In addition, or in other embodiments, the event coordinator system **1102** assigns agencies based at least in part on the geographical location of where the events **1316** in the extension **1314** will take place.

In certain embodiments, the event coordinator assigns the agency based at least in part on the agency's ability to staff the events **1316** with qualified event operators. Some promotional events **1316** are more successful if the event operators have skills related to using a particular product. For example, a skilled chef may be better qualified to demonstrate the use of cooking utensils than a person who does not know how to cook or handle utensils. Some promotional events **1316** are more successful if the event operators are based on the target consumer. For example, a person who is bald is likely to be less successful at promoting hair care products than a person with a healthy head of hair. Further, some promotional events **1316** ask the event operators to provide equipment for the event **1316**. For example, event operators may be asked to provide their own microwave, toaster oven, electric frying pan, or the like at an event **1316** where food is prepared. U.S. patent application Ser. No. 11/022,129, filed Dec. 23, 2004, and hereby incorporated by reference herein, describes systems and methods that can be used according to certain embodiments of the present invention for coordinating promotional events **1316** and assigning qualified event operators to participate in the promotional events **1316**.

Once an agency is assigned, the event coordinator system **1102** automatically sends the agency's address information to the shipping/warehousing sub-system discussed above. It should be recognized that more than one shipping address may be specified for each agency. The event coordinator system **1102** also automatically calculates a budget for the events based on rate information for the assigned agency. In certain embodiments, certain agencies receive different compensation rates for staffing events at different retail stores or chains of retail stores. Thus, once an agency is assigned to a particular event at a particular retail store or chain of retail stores, the budget for the events is automatically updated. In certain such embodiments, the budget is also automatically updated when the event coordinator system receives information to generate the order **1310**, version **1312** and/or extension **1314**. A user can then modify the budget, if necessary, and submit the budget to another user for approval.

In certain embodiments, the event coordinator system **1102** generates the instructions for the particular events **1316** and automatically makes the instructions available to the assigned agency systems **1104** and/or the assigned event operator systems **1108** through the network **1110**. In certain such embodiments, the event coordinator system **1102** automatically generates at least a portion of the instructions from information received when generating the order **1310**, version **1312** and/or extension **1314**. A user can then modify the instructions or add information to the instructions and make the instructions available for approval by another user. In certain embodiments, the user can select instruction sets or wording for the instructions from a plurality of instruction sets. Once the instructions are approved, the assigned agency and/or event operators can access them through the network **1110**. The instructions can be modified or replaced at a later time, if needed, and the assigned agency and/or event operators notified of the change through the network **1110**.

The process **1200** advances from the block **1206** to a block **1208** where the event coordinator system **1102** tracks the assigned agency's participation in the promotional event **1316**. As the event coordinator system **1102** coordinates the event **1316**, it exchanges and records information with the agency system **1104** assigned to the event **1316**. For example, the event coordinator system **1102** can record financial information (such as the amount to be paid to the agency system **1104** or requests to change the amount), event operator information (such as whether an event operator has been assigned to a future event or whether an event operator has been paid for a past event), shipping information, event auditing information, consumer feedback information, retail store feedback information, event operator feedback information, combinations of the foregoing, or the like.

The process **1200** then advances from the block **1208** to a block **1210** where the event coordinator system **1102** tracks the assigned event operator's participation in the promotional event **1316**. As discussed above, the event coordinator system **1102** receives event data such as a time that the event operator started the event, a time that the event operator ended the event, an identity or location of the event, an event ID, an event card ID, a PIN number, an event operator identification, combinations of the foregoing or the like. The event coordinator system **1102** also receives purchase data including a purchase amount and, in certain embodiments, an identification of items purchased by the event operator with an event card **702**. In certain embodiments, the purchase data also includes the amount of product sold at the retail store hosting the event **1316** while the event **1310** is occurring.

In other embodiments, the event operators are not provided event cards **702** and the assigned event operator's participation in the promotional event **1316** is tracked by receiving report data, such as the store report form. In certain such embodiments, the report data is received through the Voice Recognition Unit (VRU), as discussed above. The report data may include a time that the event operator started the event, a time that the event operator ended the event, a time that the event operator submitted the report data, an identity or location of the event, an event ID, an event operator identification, combinations of the foregoing or the like. When the report data is received, the status of the promotional event **1316** is changed from "pending" to "complete." If the report data is not received after a predetermined amount of time, the status of the promotional event is changed to "not reported."

The process **1200** then advances from the block **1210** to a block **1212** where the event coordinator system **1102** selectively provides the event data collected in blocks **1204**, **1206**, **1208**, and **1210** to one or more users through a remote network. For example, the event operator systems **1108** can access event data through the network **1110** corresponding to assigned events **1316** including, for example, scheduled event dates and times, event locations, rates paid for events, when payments for past events will occur, changes to payments for

past events based on factors such as the actual amount of time the event was carried out, recorded start and end times for past events, event instructions, notices or changes to the event instructions, the status of event materials shipped from the event coordinator system **1102** or assigned agency system **1104**, items purchased using an event card **702**, balance remaining on an event card **702**, combinations of the foregoing, or the like.

FIG. **15** is a general representation of a computer user interface **1500** according to certain embodiments for accessing event data organized by extensions **1314**. The user interface **1500** can be used, for example, by users of the event coordinator system **1102** and/or the agency systems **1104** to coordinate and track events **1316**. The user interface **1500** includes data entry fields for searching for event data by scheduled event date from (field **1502**), scheduled event date to (field **1503**), version number (field **1504**), event number (field **1506**) for specifying an event ID, division (field **1508**) for specifying a particular group of retail stores, extension number (field **1510**), week number (field **1512**), year (field **1514**), and agency response status (field **1516**) for specifying extensions **1314** that an agency has or has not acknowledged being assigned to staff.

A user can search for event data corresponding to an extension **1314** by entering search criteria into one or more of the data entry fields and pressing a search button **1518**. The user interface **1500** displays search results **1520** corresponding to extensions **1314** that meet the search criteria. The search results can also be saved by selecting a download button **1522**. The search results **1520** include display fields that provide a brief description of the extensions **1314** including extension number (field **1524**), extension date (field **1526**), chain of retail stores (field **1528**) hosting the events **1316**, name of the retailer (field **1530**) hosting the events **1316**, required or requested usage (field **1532**) of an event card **702** for the extension **1314**, number of scheduled days (field **1534**) for the extension **1314**, corresponding version identification (field **1536**) and corresponding order identification (field **1538**). Links **1540** are provided to access detailed information for specific extensions **1314**.

FIGS. **16**A-**16**D are general representations of a user interface **1600** accessible by the event coordinator system **1102** and/or the agency systems **1104** according to certain embodiments of the invention for coordinating and tracking event data corresponding to an extension **1314**. The user interface **1600** includes an extension tab **1610**, an events tab **1612**, a computer link tab **1614**, an analysis tab **1616**, and an alert/addendum/updates tab **1618**. FIG. **16**A illustrates the extensions tab **1610** which displays extension information **1620** configured to provide a general description of the extension **1314** as discussed above. The displayed extension information **1620** also includes event card budget information **1622** configured to indicate an amount by which to increment the balance of a requesting event card **702**, as discussed above.

The displayed extension information **1620** also includes rate information **1624** that indicates the rate at which the assigned agency will be paid per event **1316** corresponding to the extension **1314**. The rate information **1624** may also include adjusted rates. For example, if an event operator goes to a retail store to participate in an event **1316**, but is turned away by the store manager, the agency will receive a "show up" rate that is less than the regular agency rate. In certain embodiments, the show up rate is approximately half the regular agency rate. As another example, if the event operator executes the event **1316** on a day that is not scheduled for the event, the agency will receive an "off date" rate that is less than the regular agency rate.



The extension tab **1610** also includes a first button **1630** to download store report forms, a second button **1632** to download event instructions, and a third button **1634** to download guidelines. The store report forms comprise questions to be answered by the event operators after completing an event **1316** such as the number of samples distributed, the general reaction of potential customers who received the samples, the amount of product sold, and the like. In certain embodiments, the store report forms are printed, filled out by hand and delivered to the assigned agency or event coordinator. In other embodiments, the store report forms' results are provided to the assigned agency system **1104** or the event coordinator system **1102** using a Voice Recognition Unit (VRU) that accepts input by voice recognition, or a device that accepts input from the keypad of a telephone (including a cellular phone), from the keyboard of a computer or personal digital assistant, or from other wired or wireless electronic devices.

The guidelines provide general information to the assigned agency for staffing the events **1316**. For example, the guidelines may indicate how long the events **1316** will last, materials to be used, materials to be shipped to agencies or event operators, and other general information regarding events **1316** corresponding to the version **1312**. The event instructions provide information to the event operators on how to execute the events **1316**. For example, the event instructions include a description of products or services to be demonstrated, the configuration of a table or booth for conducting the demonstration including placement of advertising material or the like, recipes for preparing any food products to be distributed, event time and location information, combinations of the foregoing, or the like.

FIG. **16**B illustrates the events tab **1612** which allows the user to access information for specific events **1316** using one or more event buttons **1640**. The events tab **1612** includes display fields that display information such as the event ID number (field **1642**), event status information (field **1644**), assigned agency identification number (field **1646**), retail store information (field **1648**), scheduled date (field **1650**) of the event **1316**, actual date (field **1652**) the event **1316** occurred, and information indicating modifications (field **1654**) to the event data since last accessed.

FIG. **16**C illustrates the computer link tab **1614** which displays the reported status **1660** of particular events. For example, the computer link tab **1614** may display answers to survey questions in the store report forms discussed above. FIG. **16**D illustrates the analysis tab **1616** which allows a user to access and analyze the event data by selecting a first button **1670**, a second button **1672**, a third button **1674**, a fourth button **1676**, and a fifth button **1678**. The first button **1670** downloads the information available on the computer link tab **1614** discussed above. The second button **1672** downloads event card **702** transaction results including, for example, products purchased using the event cards **702**, remaining balances on the event cards **702**, corresponding event operators, corresponding events **1316**, and the like.

The third button **1674** downloads scan data results that identify the amount of products sold in retail stores while hosting events demonstrating the products in the retail stores. The fourth button **1676** downloads store report form results that have been merged or that are in a format that can be merged and otherwise analyzed for a group of events. For example, information from the store report forms can be combined using a merge template downloaded using the fifth button **1678** and analyzed to determine the success of the extension **1314** as a whole.

Although not shown, the alert/addendum/updates tab **1618** notifies the user when an extension **1314** or its corresponding

events **1316** change. For example, if the date of an event **1316** changes, the assigned agency is notified through the alert/addendum/updates tab **1618** so that the assigned agency can then make adjustments to its schedule and notify the assigned event operators.

FIGS. **17**A-**17**D are general representations of a user interface accessible by the event coordinator system **1102** and the agency systems **1104** for coordinating and tracking event data for specific events **1316**. In certain embodiments, the user interface **1700** is also accessible by the event operator systems **1108**. For example, in certain such embodiments, an event operator who participated in a particular event **1316** can access the user interface **1700** through the network **1110** to view event data such as recorded log-in time and log-out time, the authorized budget for the event, purchases made using their assigned event card **702**, and other information related to the event as discussed below.

The user interface **1700** includes a main tab **1710**, an event card transactions tab **1712**, a scan data tab **1714**, a computer link calls tab **1716**, and an audit tab **1718**. FIG. **17**A illustrates the main tab **1710** which is configured to display a general description of the particular event **1316** including an event number (field **1720**), a corresponding extension number (field **1722**), a scheduled event date (field **1724**), a location for the event (fields **1725** and **1726**), an authorized event card budget (field **1728**), and an indication of fields that have been modified (field **1730**).

The main tab **1710** also displays status information for the particular event **1316** including whether the event **1316** has been completed (field **1732**), whether the assigned agency and/or event operator has been paid for the event (field **1734**), and whether the event operator has reported the event (field **1736**) by, for example, providing the information on the store report form discussed above to the event coordinator system **1102**. If the event **1316** has been completed, the main tab **1710** also displays the actual event date (field **1738**) and the actual event time (field **1740**). Thus, a user can compare the actual event date field **1738** and the actual event time field **1740** to the scheduled event date field **1724** and an agreed upon duration of the event (field **1742**) to determine whether the assigned agency's compensation rate (field **1744**) should be adjusted. The main tab **1710** displays adjustments requested by the assigned agency (field **1746**) and adjustments approved or made by the event coordinator (field **1748**).

FIG. **17**B illustrates the event card transactions tab **1712** that displays a summary section **1750**, a point-of-sales (POS) transactions section **1752**, and a voice-recognition unit (VRU) transactions section **1754**. The summary section **1750** displays general information related to an event card **702** used in connection with a particular event **1316**. For example, the summary section **1750** displays a card number (field **1756**), a card owner identification (field **1758**), and a current card status (field **0**.**1760**) that indicates whether the event card **702** has been activated, deactivated or blocked, as discussed above. The POS transactions section **1752** displays information for each transaction made with an event card **702** for the particular event **1316** including, for example, the time (field **1762**) of the transaction, the dollar amount (field **1764**) of the transaction, the event card's balance (field **1766**) after the transaction, and the transaction's status (field **1768**) which indicates whether the transaction was approved or denied.

As discussed above, prior to starting a particular event **1316**, the event operator activates an event card **702** using an automated device such as a VRU to contact a card administration system. The card administration system authorizes the event card **702** to be used for the particular event **1316** and associates the event card **702** with the event's authorized budget. The VRU transactions section **1754** indicates information related to activation of event cards **702** by event operators and include an agency number (field **1770**) associated with the event operator using the event card **702**, a time (field **1772**) when the event card **702** was activated, and a transaction status (field **1774**) which indicates whether the activation was valid.

FIG. **17**C illustrates the scan data tab **1714** that displays a product name (field **1780**) for the product being demonstrated during the particular event **1316**, a UPC number (field **1782**) specifically identifying the demonstrated product, and the number of sales (field **1784**) of the demonstrated product that were sold at the event location during the particular event **1316**. As shown in FIG. **17**C, in certain embodiments, the scan data tab **1714** also displays a percentage lift (field **1786**) of increased product sales as a result of the particular event **1316**. The percentage lift field **1786** is a comparison of demonstrated product sales made during the particular event **1316** and sales of the same product that were made at the same location prior to the particular event **1316** over a similar period of time as the particular event **1316**. Thus, the percentage lift field **1786** provides at least partial indication of the success of the particular event.

FIG. **17**D illustrates the computer link calls tab **1716** that displays event feedback from an event operator participating in the particular event **1316**. As discussed above, after completing the particular event **1316**, the assigned event operator fills out a store report form comprising one or more questions such as the amount of promoted product sold during the particular event **1316**, whether the promoted product sold out, the amount of product distributed as samples, the number of consumers reached or contacted, or the like. In certain embodiments, the event operator may call a VRU to provide the responses to the questions. The computer link calls tab **1716** displays a date (field **1790**) when the call was received, a time (field **1792**) when the call was received, a reported status (field **1794**) indicating whether the particular event **1316** was completed, and a reported event date (field **1795**). The computer link calls tab **1716** also includes a question and answer section **1796** that displays the questions on the store report form and the answers provided by the event operator. In other embodiments, the user can enter or edit the answers directly in the question and answer section **1796**.

In certain embodiments, auditors are hired by the manufacturer, the event coordinator and/or the agency to randomly attend events to determine whether the guidelines and/or instructions provided to the assigned agency and/or event operator are correctly followed. Although not shown, the audit tab **1718** displays the results of such an audit of the particular event **1316** and may include audit data such as whether the event occurred during the planned time, whether the correct product was being correctly prepared and distributed, whether sanitary standards were followed, whether the event card **702** was properly used, and the like.

FIGS. **18**A-**18**C are general representations of user interfaces accessible by the retailer systems **1122** for tracking event data for specific retail stores or specific chains of retail stores. For example, a manager of a specific retail store can view events scheduled to take place in the specific retail store on specific dates and times. Thus, the store manager can prepare for upcoming events and can verify that each event operator present in the retail store has been scheduled to be there. As another example, a manager of a group of retail stores or a chain of retail stores can view events scheduled to take place in the group of retail stores or the chain of retail stores. In certain embodiments, the store manager (whether the manager of a single store or a group or chain of stores) can

also view the products or services that will be demonstrated during specific events **1316** and the instructions provided to the event operators on how to conduct the specific events **1316**.

FIG. **18**A illustrates a user interface **1802** displaying an events section **1810**, a campaign section **1812**, and a reports section **1814**. The events section **1810** allows a user to search by date for events **1316** for a specific retail store or chain of retail stores. The campaign section **1812** allows the user to view information related to programs conducted as a public service. For example, the campaign section **1812** may provide hyper-links to information for a campaign to promote healthy eating habits that may, for example, provide free literature to parents and educational toys to children that encourage healthy eating habits. Such campaigns may be conducted independently or in conjunction with an event **1316** promoting products sold by the particular retail store or chain of retail stores. The reports section **1814** allows the user to view the results of past events **1316** including, for example, the number of samples distributed, the number of demonstrated products sold, and the percentage lift or increase in sales as a result of the events **1316**. In certain embodiments, the results of past events **1316** are also provided to one or more of the agency systems **1104** and/or the manufacturer systems **1111**. For example, one or more of the manufacturer systems **1111** may have access to quarterly or year-to-date reports through the network **1110** to allow the manufacturer to track the progress and success of requested promotions.

FIG. **18**B illustrates a user interface **1820** that displays event data for a range of dates selected using the events section **1810** shown in FIG. **18**A. The user interface **1820** displays scheduled extension numbers (field **1822**), scheduled dates (field **1824**), names of demonstrated products (field **1826**), number of events **1316** (field **1828**) in each extension **1314** identified in the extension number field **1822**, number of pending events (field **1830**), number of completed events (field **1832**), and event instructions hyper-links **1834**. Thus, the user, such as a manager of a chain of retail stores, can view general information for extensions **1314** scheduled for the specific chain of retail stores and can download or access the instructions used by the event operators to execute the corresponding events **1316**.

FIG. **18**C illustrates a user interface **1840** that displays event data for events **1316** corresponding to a specific extension **1314** hosted at one or more retail store chains. The user interface **1840** displays a selected extension number (field **1842**), corresponding event numbers (field **1844**), assigned agency identifications (field **1846**), retailer names (field **1850**), store numbers (field **1848**) identifying specific retail stores, locations (fields **1852**) of the specific retail stores, and event dates (field **1854**). Thus, for example, a store manager can determine specific event information for specific retail stores.

FIG. **19** is a general representation of a computer user interface **1900** for tracking financial information related to events **1316**. The user interface **1900** can be used, for example, by users of the event coordinator system **1102** and/or the agency systems **1104** to coordinate payments for events **1316** by generating, accessing and modifying invoices. In certain embodiments, the user interface **1900** can also be used by users of the event operator systems **1108** to determine when they will be paid for participation in specific events **1316** and how much those payments will be.

The user interface **1900** includes data entry fields for specifying search criteria. For example, a user can search by invoice number (field **1910**), invoice date (field **1912**), invoice status (field **1914**) such as whether the invoice has been approved or paid, store number (field **1915**) where a specific event **1316** took place, event number (field **1916**), invoice name (field **1918**), invoice received date (field **1920**) specifying the date the user was first received or had access to the invoice, extension number (field **1922**), and store name (field **1924**). The user interface **1900** also displays search results **1926** for invoices that meet the search criteria and a hyperlink **1928** to details for specific events **1316** that the user can view, print or download.

FIGS. **20**A-**20**C are general representations of a user interface **2000** for accessing invoice data. The user interface **2000** can be used, for example, by users of the event coordinator system **1102** and/or the agency systems **1104** to coordinate payments for events **1316** by generating, accessing and modifying invoices. The user interface includes a main tab **2010**, a summary tab **2012**, and a search and edit invoiced events tab **2014**. FIG. **20**A illustrates the main tab **2010** that displays an invoice number **2016** for a selected invoice and general information **2018** corresponding to the selected invoice. The main tab **2010** also includes a first button **2020** for changing the status of the selected invoice to "invoiced" when processed according to standard accounting practices. The main tab **2010** also includes a second button **2022** to download the selected invoice and a third button **2024** to download a short summary of the selected invoice.

FIG. **20**B illustrates the summary tab **2012** that displays a summary for the selected invoice corresponding to the displayed invoice number **2016**. For example, the summary tab **2012** displays an order number (field **2030**) of a particular order **1310**, a version number (field **2032**) of a particular version **1312** of the order **1310**, an extension number (field **2034**) of a particular extension **1314** of the version **1312**, and an event number for scheduled events **1316** (field **2036**) in the extension **1314**. The summary tab **2012** also displays status information for the scheduled events **1316** including the number of completed events (field **2038**), the number of show-up events (field **2040**) where an event operator arrived at an event location but was turned away by a store manager, the number of incomplete events (field **2042**) where an event operator did not show-up at an event location, the number of pre-cancelled events (field **2044**), and the number of events having other statuses (field **2046**). The summary tab **2012** also includes financial information such as a rate (field **2048**) paid per event, a handling fee (field **2050**), a cash purchase amount (field **2052**), and an event card **702** purchase amount (field **2054**).

FIG. **20**C illustrates the search and edit invoiced events tab **2014** that a user can access to modify or request modifications to a particular invoice or group of invoices. The search and edit invoiced events tab **2014** includes data entry fields such as those discussed above in relation to FIG. **19** for specifying search criteria. A user can also search for invoices based at least in part on invoices that had non-zero adjustments requested by an agency (field **2060**) and/or non-zero adjustments made by the event coordinator (field **2062**). The search and edit invoiced events tab **2014** includes a search results section **2064** for displaying search results for invoices that meet the search criteria. The user can select a "bulk edit adjustment button" **2066** to edit a group of invoices that meet the search criteria or the user can edit specific invoices (not shown) from the search results section **2064**. For example, an agency can request invoice adjustments by entering an adjusted dollar amount in an "agency adjustment" field **2068** and the event coordinator can make invoice adjustments by entering an adjusted dollar amount in a "coordinator adjustment" field **2070**. In certain embodiments, once the event coordinator approves a particular invoice, it is automatically

processed by job costing or other finance software configured to account for payments made to the agencies.

Although the present invention has been described with reference to specific embodiments, other embodiments will occur to those skilled in the art. It is to be understood that the embodiments described above have been presented by way of example, and not limitation, and that the invention is defined by the appended claims.

What is claimed is:

**1**. A method for monitoring the participation of event operators working remotely at promotional events, the method comprising:

providing a promotional event request interface accessible to an event requester over a network, said promotional event request interface comprising one or more selection tools configured to allow the event requester to provide order information for a promotional event;

receiving via the promotional event request interface, the order information for the promotional event, the order information comprising one or more requested locations for the promotional event, one or more requested times for the promotional event, and one or more requested products or services for the promotional event;

enrolling one or more event operators to work on the promotional event, the enrolling comprising storing, in a computer readable medium, an association between the promotional event and one or more event cards that uniquely identify the one or more event operators;

using the one or more event cards with one or more card readers to purchase one or more items for the promotional event, wherein one or more start times are generated when the one or more event cards are used with the one or more card readers to purchase the one or more items for the promotional event;

comparing the one or more start times to the one or more requested times using one or more computer processors in communication with the computer readable medium to determine participation information for the one or more event operators; and

providing a promotional event tracking interface over the network, the promotional event tracking interface displaying the participation information for the one or more event operators enrolled for the promotional event.

**2**. The method of claim **1**, wherein the promotional event tracking interface is accessible to the event requester.

**3**. The method of claim **2**, further comprising:

adjusting a rate at which the event requester pays for the promotional event based at least in part on the comparison of the one or more start times to the one or more requested times; and

displaying the adjusted rate on the promotional event tracking interface.

**4**. The method of claim **1**, further comprising:

providing the order information to a card administration system;

providing the one or more event cards to the one or more event operators; and

instructing the one or more event operators to activate the one or more event cards by contacting the card administration system.

**5**. The method of claim **1**, further comprising instructing the one or more event operators to use the one or more event cards to purchase the one or more items for conducting the promotional event.

**6**. The method of claim **1**, further comprising instructing the one or more event operators to use the one or more event cards to record a starting time and an ending time of the promotional event.

**7**. The method of claim **1**, wherein the enrolling further comprises assigning an agency to staff the promotional event by notifying the agency of the promotional event through a promotional event coordinating interface accessible over the network.

**8**. The method of claim **7**, further comprising providing instructions for executing the promotional event to the agency through the promotional event coordinating interface.

**9**. The method of claim **7**, further comprising receiving the identities of the one or more event operators from the agency through the promotional event coordinating interface.

**10**. The method of claim **7**, wherein the promotional event tracking interface is accessible to the agency, and the method further comprises:

providing the participation information to the agency through the promotional event tracking interface;

providing financial information to the agency through the promotional event tracking interface, wherein the financial information includes a first rate at which the agency is paid for the promotional event; and

receiving a request from the agency through the promotional event tracking interface to change the first rate to a second rate, wherein the second rate is based at least in part on the participation information provided to the agency.

**11**. The method of claim **1**, further comprising providing event information to a promotional event coordinating interface accessible to the one or more event operators through the network, wherein the event information is selected from the group comprising instructions for executing the promotional event, store report forms, and payment information.

**12**. The method of claim **1**, further comprising displaying product information on the promotional event tracking interface, wherein the product information comprises an amount of product distributed as free samples during the promotional event and an amount of the product sold during the promotional event.

**13**. The method of claim **12**, further comprising:

comparing the product information to an amount of the product sold prior to the promotional event to determine a percentage lift in sales of the product; and

displaying the percentage lift on the promotional event tracking interface.

**14**. The method of claim **13**, further comprising:

adjusting a rate at which the event requester pays for the promotional event based at least in part on the percentage lift; and

displaying the adjusted rate on the promotional event tracking interface.

**15**. The method of claim **1**, further comprising:

receiving report data from the one or more event operators; and

in response to receiving the report data, changing a status of the promotional event from a pending status to a completed status.

**16**. The method of claim **15**, wherein the report data is received through a voice recognition unit.

**17**. The method of claim **1**, wherein the data generated by use of the one or more event cards comprises one or more actual locations where the one or more event cards are read by the one or more card-readers, and wherein the participation information is generated at least in part by comparing the one

or more actual locations where the one or more event cards are read to the one or more requested locations for the promotional event.

**18**. The method of claim **1**, further comprising:

generating a list of authorized items for the promotional event based at least in part on the one or more requested products or services, wherein the data generated by use of the one or more event cards comprises one or more actual products purchased using the one or more event cards; and

generating and storing purchase information for the one or more event operators, the purchase information generated at least in part by comparing the actual products purchased using the one or more event cards to the list of authorized items for the promotional event, wherein the promotional event tracking interface displays the purchase information for the one or more event operators enrolled for the promotional event.

* * * * *

# EXHIBIT B

US007444305B2

(12) **United States Patent**
**Cotten et al.**

(10) **Patent No.: US 7,444,305 B2**
(45) **Date of Patent: Oct. 28, 2008**

(54) **METHODS OF COORDINATING PRODUCTS AND SERVICE DEMONSTRATIONS**

(75) Inventors: **Sandra Cotten**, Huntington Beach, CA (US); **Caroline Nakken**, Whittier, CA (US)

(73) Assignee: **Mass Connections, Inc.**, Cerritos, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1089 days.

(21) Appl. No.: **10/013,826**

(22) Filed: **Dec. 7, 2001**

(65) **Prior Publication Data**

US 2003/0229583 A1 Dec. 11, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/269,047, filed on Feb. 15, 2001, provisional application No. 60/305,805, filed on Jul. 16, 2001, provisional application No. 60/336,340, filed on Oct. 18, 2001.

(51) **Int. Cl.**
***G06Q 40/00*** (2006.01)

(52) **U.S. Cl.** .......................................... **705/41**; 705/44

(58) **Field of Classification Search** ..................... 705/9, 705/11, 32, 41; 235/377
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,654,793 | A | 3/1987 | Elrod | 364/401 |
| 4,723,212 | A | 2/1988 | Mindrum et al. | |
| 5,025,372 | A | 6/1991 | Burton et al. | |
| 5,056,019 | A | 10/1991 | Schultz et al. | |
| 5,255,182 | A | 10/1993 | Adams | 364/405 |
| 5,255,183 | A | 10/1993 | Katz | 364/406 |
| 5,397,881 | A | 3/1995 | Mannik | 235/380 |
| 5,500,513 | A | 3/1996 | Langhans et al. | |
| 5,508,977 | A | 4/1996 | Tymn | 368/10 |
| 5,550,359 | A * | 8/1996 | Bennett | 235/382 |
| 5,592,376 | A | 1/1997 | Hodroff | 395/214 |
| 5,646,839 | A | 7/1997 | Katz | 379/93.01 |
| 5,649,114 | A | 7/1997 | Deaton et al. | |
| 5,649,118 | A | 7/1997 | Carlisle et al. | 395/241 |
| 5,687,323 | A | 11/1997 | Hodroff | 395/230 |
| 5,717,867 | A * | 2/1998 | Wynn et al. | 705/32 |
| 5,748,908 | A | 5/1998 | Yu | 395/244 |
| 5,749,075 | A | 5/1998 | Toader et al. | |

(Continued)

OTHER PUBLICATIONS

"The good, the bad and the ugly of p-cards," Ellen Mesmer, Network World, Framingham: Aug. 23, 1999. vol. 16, Iss. 34; p. 42, 1 pgs.*

(Continued)

*Primary Examiner*—Jagdish N Patel
*Assistant Examiner*—Sara Chandler
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson, & Bear, LLP

(57) **ABSTRACT**

This invention relates to the methods of coordinating product and service demonstrations. An event coordinator directs event operators to conduct a product or service demonstration event. The event coordinator provides event operators with cards, such as debit cards, credit cards, or smart cards, to purchase items needed for the demonstration. The event operator contacts a card administration system to activate the card. The card administration system verifies that the provided card ID and event ID are valid, and associates an authorized budget of the demonstration event with the card. The event operator then purchases items with the card, and conducts demonstrations.

**10 Claims, 10 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,798,508 | A | 8/1998 | Walker et al. | 235/380 |
| 5,893,080 | A | 4/1999 | McGurl et al. | 705/40 |
| 5,903,633 | A | 5/1999 | Lorsch | |
| 6,032,134 | A | 2/2000 | Weissman | 705/40 |
| 6,038,547 | A | 3/2000 | Casto | 705/30 |
| 6,052,675 | A | 4/2000 | Checchio | 705/44 |
| 6,078,891 | A | 6/2000 | Riordan et al. | 705/10 |
| 6,185,545 | B1 | 2/2001 | Resnick et al. | 705/40 |
| 6,422,463 | B1 * | 7/2002 | Flink | 235/382 |
| 6,502,745 | B1 | 1/2003 | Stimson et al. | |
| 6,751,650 | B1 * | 6/2004 | Finch et al. | 709/203 |
| 6,829,596 | B1 | 12/2004 | Frazee | |
| 7,024,395 | B1 * | 4/2006 | McCown et al. | 705/65 |
| 2002/0046341 | A1 | 4/2002 | Frazee | |
| 2002/0156725 | A1 | 10/2002 | Harara | |
| 2002/0169720 | A1 * | 11/2002 | Wilson et al. | 705/44 |
| 2002/0169747 | A1 | 11/2002 | Chapman et al. | |
| 2003/0046249 | A1 * | 3/2003 | Wu | 705/79 |
| 2003/0050043 | A1 | 3/2003 | Ohrstrom et al. | |
| 2003/0055755 | A1 * | 3/2003 | Shuder et al. | 705/32 |
| 2003/0061163 | A1 * | 3/2003 | Durfield | 705/44 |
| 2003/0074287 | A1 * | 4/2003 | Shuder et al. | 705/32 |
| 2003/0229583 | A1 | 12/2003 | Cotten et al. | |
| 2004/0139318 | A1 | 7/2004 | Fiala et al. | |
| 2004/0205023 | A1 | 10/2004 | Hafer et al. | |
| 2005/0209014 | A1 * | 9/2005 | Kim | 473/157 |
| 2006/0010023 | A1 | 1/2006 | Tromczynski et al. | |

OTHER PUBLICATIONS

"Energizing the purchasing card," Charles Marc Abbey. Credit Card Management. New York: Apr. 1998. vol. 11, ISs. 1; p. 40, 3 pgs.*
"New generation plastic cards programs," Suzanne N Colpitts. The Armed Forces Comptroller. Alexandria: Summer 1998. vol. 43, Iss. 3; p. 29, 2 pgs.*
"Put it on my card, please", Klaus Hintz. CMA. Hamilton: Apr. 1998. vol. 72, Iss. 3; p. 18, 3 pgs.*
"The Complete Idiot's Guide to Meeting and Event Planning", Robin E. Craven and Lynn Johnson Golabowski. Alpha Books: 2001.*

* cited by examiner


PRODUCT MANUFACTURER
100
EVENT COORDINATOR
102
FUND DISTRIBUTION SERVICE
108
BANK
110
AGENCY
104
EVENT OPERATOR
105
RETAIL STORE
106

FIG. 1


PRODUCT MANUFACTURER
100
REPORT
REQUEST
EVENT COORDINATOR
102
DATA
NETWORK
218
FUND DISTRIBUTION SERVICE
108
NETWORK
216
BANK
110
DATA
POINT-OF-SALE NETWORK
212
DATA
DATA
DATA
DATA
DATA
202
202
202
204
204
240
240
240
210
210
210
210
105
105
105
105
206
206
206
206
106

FIG. 2


START
300
EVENT COORDINATOR RECEIVES REQUEST TO ORGANIZE EVENT
302
EVENT COORDINATOR ASSIGNS EVENT ID TO THE EVENT
304
EVENT COORDINATOR AUTHORIZES A BUDGET FOR THE EVENT
306
EVENT COORDINATOR ASSIGNS AGENCY TO THE EVENT
308
AGENCY REQUESTS CARDS FROM FUND DISTRIBUTION SERVICE
310
AGENCY ASSIGNS EVENT OPERATORS TO THE EVENT, ASSIGNS CARDS TO EVENT OPERATORS
312
EVENT OPERATOR ACTIVATES CARD
314
EVENT OPERATOR RECORDS STARTING TIME
316
EVENT OPERATOR PURCHASES ITEMS WITH CARD
318
EVENT OPERATOR CONDUCTS EVENT
320
EVENT OPERATOR RECORDS ENDING TIME
322
END
324

*FIG.3*


START
400
CALL TOLL FREE NUMBER OR ACCESS WEB SITE
402
ENTER CARD ID, PIN NUMBER & EVENT ID
404
CARD BLOCKED?
406
YES
END
408
ENTERED INFORMATION ACCEPTED ?
410
NO
INFORMATION REJECTED MORE THAN TWICE ?
412
NO
YES
BLOCK CARD
414
YES
ASSOCIATE EVENT & AUTHORIZED BUDGET WITH CARD
416
CONDUCT DEMONSTRATION
420

*FIG. 4*


START
500
RECEIVE CARD ID
502
CARD ID VALID ?
504
NO
YES
RECEIVE PIN NUMBER
506
PIN NUMBER VALID ?
508
NO
YES
RECEIVE EVENT ID
510
EVENT ID VALID ?
512
NO
YES
ASSOCIATE EVENT WITH CARD
514
ASSOCIATE EVENT BUDGET WITH CARD
516
END
518

FIG. 5




FIG. 6


ABC BANK DEBIT CARD
704
1 2 3 4 5 6 7 8 9
702
706
01/2003
JOE SMITH
708
ABC BANK DEBIT CARD
702
704
1 2 3 4 5 6 7 8 9
710

*FIG. 7*


START
802
ENTER PURCHASE AMOUNT INTO CARD READING DEVICE
804
SWIPE/INSERT CARD AT CARD READING DEVICE
806
SEND DATA TO FUND DISTRIBUTION SERVICE
808
PURCHASE AMOUNT GREATER THAN CARD BALANCE?
810
YES
REJECT PURCHASE
812
NO
AUTHORIZE PURCHASE
814
REDUCE CARD BALANCE BY PURCHASE AMOUNT
816
END
818

FIG. 8

902

EVENT MANAGEMENT

| EVENT ID (904) | EVENT STATUS (906) | EVENT STARTING DATE (908) | EVENT ENDING DATE (910) | AUTHORIZED BUDGET (912) | AGENCY ID (914) | CARD NUMBERS (916) |
|---|---|---|---|---|---|---|
| E001 | CLOSED | 01/01/2001 | 01/01/2001 | $20 | JIM'S AGENCY | 111111111 |
| E002 | OPEN | 06/30/2001 | 07/04/2001 | $50 | JOE'SGENCY | 222222222 |
| E003 | OPEN | 07/01/2001 | 07/01/2001 | $35 | TIM'S AGENCY | 123456789,234567890 |
| E004 | CLOSED | 09/01/2001 | 09/02/2001 | $100 | LEE'S AGENCY | 777777777,88888888..... |

TODAY'S DATE: 07/01/2001

*FIG. 9*

1002

CARD MANAGEMENT

1004 1006 1008 1010 1012 1014

| CARD ID | PIN NUMBER | CARD STATUS | BALANCE | AGENCY ID | EVENT ID |
|---|---|---|---|---|---|
| 123456789 | 6789 | BLOCKED | 0 | TIM'S AGENCY | E003 |
| 111111111 | 1111 | DEACTIVATED | 0 | JIM'S AGENCY | E001 |
| 222222222 | 2222 | ACTIVATED | $50 | JOE'S AGENCY | E002 |
| 333333333 | 3333 | ACTIVATED | $25 | JOE'S AGENCY | E002 |

*FIG. 10*

# METHODS OF COORDINATING PRODUCTS AND SERVICE DEMONSTRATIONS

## RELATED APPLICATIONS

This application claims priority under 35 U.S.C. 119(e) from U.S. Provisional Application No. 60/269,047, filed Feb. 15, 2001, and titled "System for Coordinating Product Demonstrations and Merchandising Ventures," from U.S. Provisional Application No. 60/305,805, filed Jul. 16, 2001, and titled "Methods of Coordinating Product Demonstrations," and from U.S. Provisional Application No. 60/336,340, filed Oct. 18, 2001, and titled "Methods of Coordinating Product and Service Demonstrations," which are hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention relates generally to the methods for remotely managing financial expenditures by employees, and more particularly to the methods for coordinating product and service demonstrations.

2. Description of the Related Art

A number of companies such as product manufacturers and product distributors use event coordinators to coordinate product demonstrations in public areas such as retail stores. In a typical scenario, the event coordinator directs event operators to buy the demonstration products from retail stores and distribute or demonstrate the products within the retail stores on a given date for a given time duration. The manufacturer or the event coordinator may specify the location and time of the demonstration event. For example, a cooking utensil manufacturer asks an event coordinator to coordinate an event demonstrating its cooking utensils. The event coordinator then directs event operators to go to a retail store, purchase the cooking utensils, purchase food, and present a food preparation demonstration in the retail store with the purchased cooking utensils and food. Typically the event operator sets up a booth with promotional items and advertisements, so that the event operator can introduce and promote the products. Often the event operator distributes products to customers of the retail store at a reduced price or free of charge.

The event operator is usually an employee of an agency contracted by the event coordinator. In another embodiment, the event operator is an employee of the event coordinator. The term "employee" is used in the present application to include independent contractors. In typical situations, the event coordinator will utilize an agency's event operators, because the event coordinator does not have its own employees physically located in the geographical locale in which the products are to be demonstrated. The event operators are provided funds, typically in the form of cash or checks, for buying the demonstration products. The event coordinator must rely on the trustworthiness of agencies to direct employees to the demonstration locations. The event coordinator must also rely on the trustworthiness of the event operators to use the provided funds to purchase the demonstration products, instead of using the funds for their personal purposes. The event coordinator must further rely on the trustworthiness of the event operators to work in the specified demonstration location on the specified date for the specified time period.

The event operators need to be provided funds to purchase necessary items in order to conduct the demonstration event. Credit cards can be used to make purchases without the use of cash. However, many conventional credit cards do not deduct the purchase amount from a sum of money held by the consumers. Rather, credit cards in effect provide a loan to the consumer to be paid back at a later time. If credit cards are provided to the event operators to make required purchases, the event coordinator cannot control the amount and nature of purchases. Debit cards allow a consumer to make a purchase for products without the use of cash by directly deducting the purchase amount from the consumer's bank account. Debit cards also provide a similar advantage to credit cards in that a record of purchases can be tracked according to usage of the card. With cash purchases, only the consumer can keep track of the purchases by collecting receipts.



## SUMMARY OF THE INVENTION

One aspect of the invention relates to a method of coordinating product or service demonstrations. The method includes the acts of receiving a request from a vendor to organize a demonstration event, defining the demonstration event in a card administration system, providing cards to event operators, instructing the event operators to activate the cards by contacting the card administration system, instructing the event operators to use the activated cards to purchase items for conducting the event, and instructing the event operators to use the purchased items to conduct the event. A card can be a debit card, a smart card, a credit card, a hybrid debit-credit card that allows a user to spend a percentage of deposited money and use the deposit as security, and the like. The event can be a product demonstration event to display, promote, or distribute products. The event can also be a service demonstration event to introduce or promote services. Examples of services may include travel agency services, financial services, and other services. A vendor is typically an entity that provides the demonstrated products or services.

Another aspect of the invention relates to a method of conducting a product or service demonstration event. The method includes the acts of receiving an instruction for conducting a demonstration event, receiving a card, activating the card by contacting a card administration system, using the card to purchase items for conducting the demonstration event, and using the purchased items to conduct the demonstration event.

Still another aspect of the invention relates to a method of facilitating a product or service demonstration event. The method includes the acts of receiving instructions from an event coordinator to conduct the demonstration event, receiving cards from the event coordinator, assigning cards to event operators, directing event operators to activate the assigned cards by contacting a card administration system, directing event operators to use the activated cards to purchase items for conducting the demonstration event, directing event operators to use the purchased items to conduct the demonstration event, and compensating event operators for conducting the demonstration event.

Yet another aspect of the invention relates to a method of providing cards for conducting product or service demonstrations. The method includes the acts of issuing cards and creating records for the issued cards. Each of the created card records includes a card identifier of the card and a balance of the card. The method further includes the act of creating records for demonstration events. Each of the created event records includes an event identifier of the event and an authorized budget of the event. The method further includes receiving activation requests, wherein each of the activation requests provides at least a card identifier of a requesting card and an event identifier of a requesting event. The method further includes the acts of incrementing the balance of the requesting card by the authorized budget of the requesting event and authorizing a retail request to use one of the cards to purchase items, if the total purchase amount does not exceed the balance of the card.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram illustrating the relationships between the entities involved in coordinating product and service demonstrations.

FIG. **2** is a block diagram of the functional elements of the system for coordinating product and service demonstrations.

FIG. **3** is a flow chart illustrating one embodiment of a process of distributing cards to event operators and conducting demonstrations.

FIG. **4** is a flow chart illustrating one embodiment of the process of an event operator activating a card.

FIG. **5** is a flowchart illustrating one embodiment of the process of a card administration system activating a card.

FIG. **6** is a diagram illustrating one embodiment of a card reading device and a cash register.

FIG. **7** illustrates one embodiment of a card.

FIG. **8** illustrates one embodiment of a card purchase authorization process.

FIG. **9** illustrates one embodiment of a computer screen for maintaining event records in a card administration system.

FIG. **10** illustrates one embodiment of a computer screen for maintaining card records in a card administration system.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

FIG. **1** is a block diagram that illustrates the relationships between entities involved in coordinating product and service demonstrations. The entities include a product manufacturer **100**, an event coordinator **102**, an agency **104**, an event operator **105**, a retail store **106**, a fund distribution service **108**, and a bank **110**. The product manufacturer **100** can also be a service vendor that provides services. A service vendor can be, for example, a travel agency, a transportation company, a financial brokerage firm, a real estate agency, an Internet service provider, and the like.

Optionally, the bank **110** can include a collection of banks and/or other financial institutions (e.g., a credit card service that issues debits cards). Optionally, the product manufacturer **100**, the event coordinator **102**, the agency **104**, the event operator **105**, the fund distribution service **108**, and the bank **110**, can exist as one entity or a plurality of entities. For example, employees of the product manufacturer **100** can provide the services of the event coordinator **102**, the agency **104** and the event operators **105**. For another example, the event coordinator **102** can include the fund distribution service **108** and the bank **110** as its own internal financial service facilities.

In one embodiment, the product manufacturer **100** contacts the event coordinator **102** to request a demonstration of a particular product. A service vendor can also contact the event coordinator **102** to request a demonstration of a particular service. The event coordinator **102** directs its own employees or employees from the agency **104** to work as event operators **105** at the retail store **106**. In particular, the event operators **105** are directed by the event coordinator **102** or the agency **104** to demonstrate a given product at a given demonstration location on a given date. The event coordinator **102** orders a supply of cards **702** (see FIG. **7**) from the fund distribution service **108** to be used by the event operators **105** for purchasing the items necessary for the demonstration. In one embodiment, the event coordinator **102** provides funds to the bank **110** to be held in trust for the fund distribution service **108**. The funds cover the total authorized budget for the demonstration events. For an event operator **105** using a given card **702**, the authorized budget is the amount sufficient for purchasing one or more of the items to be demonstrated. The authorized budget is also sufficient for purchasing ancillary items in order to conduct the demonstration. For example, the authorized budget for demonstrating a food product may include funds to purchase the food product and funds to purchase paper plates, forks, and the like, for demonstrating the food product. In another example, the authorized budget for the demonstration of a travel agency service includes the funds to purchase items such as pens and paper to prepare for visual presentation of the service to customers of the retail store. The budget may also include funds to purchase other items such as food and souvenirs to be given to customers of the retail store.

In another embodiment, the fund distribution service **108** later bills the event coordinator **102** for the amount purchased on the cards **702**. The cards **702** assist the event coordinator **102** or the agency **104** in verifying that the event operators **105** made the specified purchases for the demonstration. The cards **702** also help verify that the event operators **105** conducted the events at the date, time and location specified by the event coordinator **102** or the agency **104**.

The fund distribution service **108** provides the event coordinator **102** with cards **702** that include respective card ID information. In one embodiment, each card **702** is also associated with a respective PIN number that identifies the card **702**. Companies such as GE Capital, American Express, or Comdata Corporation can be used as the fund distribution service **108**. The event coordinator **102** can also create its own fund distribution service **108**. The card **702** can be a debit card, a credit card, a smart card, or another type of computer accessible storage medium. A credit card typically stores information on a magnetic strip of the credit card. A smart card typically stores information in a microchip of the smart card. Information can also be stored on other computer accessible storage medium such as floppy disks or optical disks. For convenience, all of the various embodiments are referred to in the present application as cards **702**.

In one embodiment described below, the event coordinator **102**, the fund distribution service **108**, or both entities can use a card administration system to automate the card administration process. The fund distribution service **108** provides the cards **702** to the event coordinator **102**, the agency **104**, or the event operator **105**. A balance is associated with each individual card **702**. The card **702** can be deactivated after the demonstration is completed.

In one embodiment, the event coordinator **102** uses the card administration system to maintain records for the cards **702** and records for the demonstration events. The event coordinator **102** typically assigns multiple cards **702** to each agency **104**. The event coordinator **102** can also change the PIN numbers of the cards **702** assigned to the agency **104**. In one embodiment, some or all of the cards **702** assigned to an agency **104** share the same PIN number, therefore reducing the number of PIN numbers that the agency **104** needs to maintain.

Prior to starting the demonstration, the event operator **105** activates the card **702** he or she will be using by contacting a card administration system. The event operator **105** contacts the card administration system using an automated device through a communication medium such as a telephone line or a computer network. The automated device can be a Voice Recognition Unit (VRU) that accepts input by voice recognition, or a device that accepts input from the keypad of a telephone (including a cellular phone), from the keyboard of a computer or personal digital assistant, or from other wired or wireless electronic devices. The event operator **105** provides the automated device with a card ID and an event ID. After receiving the card ID and the event ID, the card administration system authorizes the card **702** with the provided card ID to be used for the event with the provided event ID. The card administration system associates the card **702** with the event's authorized budget. In another embodiment, the event coordinator **102** or the agency **104** contacts the card

administration system directly or through the automated device to activate the cards **702** that will be used by event operators **105**. The card administration system can be administered by the event coordinator **102**, the fund distribution service **108**, or a third party.

The event operator **105** uses the authorized card **702** to purchase items at the retail store **106**. The card ID and the PIN number are forwarded from the retail store **106** to the fund distribution service **108**. The fund distribution service **108** verifies that the forwarded card ID and the PIN number matches the card ID and the PIN number stored at the fund distribution service **108**, authorizes the retail store **106** purchase, reduces the card's **702** balance by the purchase amount, and optionally deducts the purchase amount from the event coordinator's funds in bank **110**. In one embodiment, the fund distribution service **108** also verifies that the event associated with the card **702** represents an event that is still open.

FIG. **2** is a block diagram of the functional elements of the system for coordinating product and service demonstrations. The retail store **106** includes a plurality of event operators **105** shown at a plurality of demonstrations **206**, a plurality of cash registers **240**, a plurality of card reading devices **202**, a plurality of time recording devices **204**, and a plurality of aisles **210**. The card reading devices **202** and the cash registers **240** are preferably located in close proximity at checkout lanes of the retail store **106**. Each of the event operators **105** may be any individual or group of individuals that assist with the demonstration of a good or service.

The product manufacturer **100** issues a request to the event coordinator **102** to conduct a product demonstration event. The event coordinator **102** requests and receives cards **702** from the fund distribution service **108** to be used to purchase items for conducting the event. The event coordinator **102** also identifies to the fund distribution service **108** an account at a bank **110** from which the event coordinator's funds will be used to support the purchases. The cards **702** are assigned to the event operators **105** to be used as described below.

When an event operator **105** enters the retail store **106**, the event operator **105** swipes or inserts a card **702** at the time recording device **204** to record his or her work starting time. The time recording device **204** records the time and sends the time entry data and the card ID to the point-of-sale network **212**. Optionally, the time recording device **204** can be a kiosk, wireless device, PDA, cellular phone, or any other device capable of recording time entries. In one embodiment, the card reading device **202** also functions as a time recording device **204** to record time entries. The point-of-sale network **212** is preferably a Public Switched Telephone Network (PSTN). One skilled in the art will recognize that the point-of-sale network **212** can also be the Internet, a cable television (CATV) network, a satellite network, or any other communications network. When the event operator **105** has completed the demonstration and is ready to exit the retail store **106**, he or she swipes or inserts the card **702** at the time recording device **204** to record his or her work ending time. The point-of-sale network **212** sends the time entry data to the event coordinator **102**. Optionally, the identity or location of the retail store **106** is also sent to the event coordinator **102**, so that the event coordinator **102** can verify that the event operator **105** went to the specified retail store **106**. The point-of-sale network **212** sends data to the event coordinator **102** through the fund distribution service **108** and the network **218**. The network **218** is preferably a Public Switched Telephone Network (PSTN). One skilled in the art will recognize that the network **218** can also be the Internet, a cable television (CATV) network, a satellite network, or any other communications network. In another embodiment, the point-of-sale network **212** sends data directly to the event coordinator **102**.

After recording his or her work starting time, the event operator **105** then purchases the items needed for the product or service demonstration by searching through the aisles **210** of the retail store **106**. The event operator **105** takes the items to the cash register **240** and purchases the items by swiping or inserting the card **702** at the card reading device **202**. In one embodiment in which the card reading device **202** can function as a time recording device **204**, the event operator **105** records work starting time by swiping or inserting the card **702** at the card reading device **202** at the cash register **240** at the same time as purchasing an item or before the purchase of an item.

In one embodiment, the event operator **105** purchases items at an automated cash register **240**, without the help of a store employee. The event operator **105** swipes or inserts the card **702** at the card reading device **202**. The automated cash register **240** then authorizes the purchase.

When the event operator **105** purchases the items by swiping or inserting the card **702**, data received by the card reading device **202** is sent from the point-of-sale network **212** to the fund distribution service **108**, which determines if the purchase amount falls within the balance of the card **702**. If the purchase amount falls within the balance, the purchase is authorized and the purchase amount is deducted from the balance on the card **702**. In one embodiment, the identities of the items to be purchased are also sent to the fund distribution service **108**. The identity of an item can include an item identifier such as an UPC (Uniform Product Code) code, or an item name. The identities of the items are compared against a list of authorized items for the event associated with the card **702**, to ensure that the event operator **105** purchased the authorized items, instead of other items for personal use. In one embodiment, the identities of authorized items are stored on the card **702**. A smart card is preferably used to store the identities of authorized items. Other information, such as the location or identity of the retail store **106**, can also be sent to the fund distribution service **108** to ensure that the event operator **105** is at the correct location. After the event operator **105** completes the purchase, the event operator **105** conducts the demonstration **206** using the purchase items. If the purchase amount exceeds the balance, the purchase will be rejected.

The point-of-sale network **212** sends the time entry data and the purchase data of the event operators **105** from the retail store **106** to the fund distribution service **108**. The fund distribution service **108** then uses the network **216** to issue a request to the bank **110** to transfer the purchase amounts from the funds of the event coordinator **102** to an account of the retail store **106**. In another embodiment, the point-of-sale network **212** directly sends the purchase data of the event operators **105** to the bank **110**. The bank **110** optionally verifies that the purchase data received directly from the point-of-sale network **212** matches the purchase data received from the fund distribution service **108**. The bank **110** transfers the purchase amounts from the funds of the event coordinator **102** to an account of the retail store **106**.

After completing the demonstration, the event operator **105** proceeds to the time recording device **204** and swipes or inserts the card **702** to record his or her work ending time. The total working time of the event operator **105** is determined by deducting the recorded ending time from the recorded starting time. The recorded work starting time, the recorded work ending time and the total working time are sent from the point-of-sale network **212** to the fund distribution service **108**. The fund distribution service **108** sends the time entry data and the purchase data to the event coordinator **102**. In another embodiment, the time entry data and the purchase data are sent directly from the point-of-sale network **212** to the event coordinator **102**.

The event coordinator **102** uses the received data to evaluate the work performance of event operators **105**. Based on the evaluation, the event coordinator provides further instructions to the agency **104** or to the event operators **105**. The event coordinator **102** uses the purchase data to determine if the event operators **105** are making the proper purchases. The event coordinator **102** sends a report of demonstration performance to the product manufacturer **100**. The event coordinator **102** can also send the time entry data and the purchase data to the product manufacturer **100**. In one embodiment, based on the report received from the event coordinator **102**, the data received from the event coordinator **102**, or both the report and the data, the product manufacturer **100** determines the amount of compensation to be paid to the event coordinator **102**. For example, the amount of compensation can be the total purchase amount on authorized purchases plus a fixed percentage. The amount of compensation can be adjusted based on the time entry data and the purchase data. For example, the amount of compensation can be adjusted based on the time duration of demonstrations, the number of demonstrations conducted on a certain date, the number of demonstrations conducted on a certain product, the number of demonstrations conducted at a certain location, and so forth. The event coordinator **102** uses the time entry data and the purchase data, the report, and feedback from the product manufacturer **100** to adjust future work assignments. For example, the event coordinator **102** may decide to use more event operators **105** in a certain area or on a certain product.

In one embodiment, the card **702** employs smart card technology. The card **702** includes an imbedded computer chip, and the card reading device **202** is a smart card reader. The event ID, the card ID, and the PIN number can be stored on the card **702**. In addition, the authorized budget and the authorized items for the event can be stored on the card **702**. Multiple event IDs for multiple events, the respective authorized budgets for the events, and the respective authorized items for the events, can also be stored on the card **702**. By entering an event ID at the card reading device **202**, the event operator **105** can select an event to be associated with the card **702**. In another embodiment, the event operator **105** contacts a card administration system and selects an event to be associated with the card **702**.

FIG. **3** is a flow chart illustrating one embodiment of a process for distributing cards **702** to event operators **105** and for conducting demonstrations. The process begins at a block **300**. The process advances from the block **300** to a block **302**, where the event coordinator **102** receives a request from the product manufacturer **100** to organize a demonstration event at the retail store **106**. The process then advances to a block **304**, where the event coordinator **102** assigns an event ID for the given demonstration event. An event can be defined as activities in a single day, or a number of days. An event can be defined as demonstrations on a particular product, or on a number of products. An event can also be defined as demonstrations of a particular service, or a number of services.

The process advances from the block **304** to a block **306**, where the event coordinator **102** authorizes a budget for use by each event operator **105** in purchasing items for the demonstration event. The budget is associated with the event ID. The process then advances to a block **308**, where the event coordinator **102** assigns an agency **104** or a number of agencies to organize the event. In another embodiment, the event coordinator **102** directly assigns event operators **105** to conduct the event.

The process then advances to a block **310**, where the assigned agency **104** requests cards **702** from the fund distribution service **108**. In one embodiment, the event coordinator **105** requests cards **702** from the fund distribution service **108**. In one embodiment, the agency **104** or the event coordinator **102** has retained cards **702** previously provided by the fund distribution service **108**, and redistributes the cards **702** to the event operators **105** for the current demonstration event.

The process advances to a block **312**, where the agency **104** assigns event operators **105** to the event, and assigns cards **702** to the assigned event operators **105**. In one embodiment, the event coordinator **102** assigns cards **702** to the event operators **105** to conduct the event.

The process then advances to a block **314**, where an event operator **105** activates the card **702** prior to a demonstration. In one embodiment, the event operator **105** activates the card **702** by entering the event ID into the card reading device **212** at the time of purchase. One embodiment of the activation process is described below in connection with FIG. **4**. Optionally, the event operator **105** can activate the card **702** by calling a toll-free phone number or by accessing an activation web site. The process then advances to a block **316**, where the event operator **105** swipes or inserts his or her card **702** at a time recording device **204** to record his or her work starting time.

The process then advances to a block **318**, where the event operator **105** uses the card **702** to purchase items needed for the demonstration. The process then advances to a block **320** where the event operator **105** performs the demonstration. The term "demonstration" is used broadly in the present application to refer to the display, distribution, promotion, or advertising of products and services. The process then advances to a block **322**, where the event operator **105** records his or her work ending time at a time recording device **204**. The process then proceeds to an end block **324**.

FIG. **4** is a flow chart illustrating one embodiment of the process of an event operator **105** activating a card **702**. The process begins at a block **400**. The process advances to a block **402**, where the event operator **105** contacts a card administration system by calling a phone number, preferably a toll-free number, to activate the card **702**. In another embodiment, the event operator **105** contacts the card administration system by accessing an activation web site. The process then advances to a block **404**, where the event operator **105** enters information such as the card ID of the card **702**, the PIN number of the card **702**, and the event ID for the particular demonstration event. In one embodiment, the PIN number is the last four digits of the card ID. In another embodiment in which a card **702** is not associated with a PIN number, the event operator **105** enters the card ID and the event ID. The process advances to a decision block **406**, where the card administration system determines whether the card **702** associated with the entered card ID has been blocked. In one embodiment to be described below, the card administration system updates a card's **702** status to "blocked" if a user has attempted unsuccessfully more than twice to activate the card. The card administration system also updates a card's **702** status to "blocked" if the card has been reported stolen, or if the event operator **105** or the agency **104** in possession of the card **702** has been terminated by the event coordinator **102**. If the card **702** has been blocked, the process advances to an end block **408**, and the event operator **105** cannot use the card **702**. To "un-block" a card, a system administrator of the card administration system updates the status of the card. If the card **702** has not been blocked, the process advances to a decision block **410**.

At the decision block **410**, the information entered in block **404** is either accepted or rejected. The card administration system verifies that the entered card ID, the entered PIN number and the entered event ID are valid. One embodiment of the card administration verification process is described below in connection with FIG. **5**. If the information is not valid and is thus rejected, the process advances to a decision block **412** to determine if the information has been rejected more than two times.

At the decision block **412**, if the information has not been rejected more than two times, the process returns to the block **404** to allow the event operator **105** to re-enter the card ID, the PIN number, or the event ID. At the decision block **412**, if the information has been rejected more than two times, there is a presumption that the information was rejected for a reason other than a mistaken entry, and the card is blocked at a block **414**. The card administration system updates the card's status to a blocked status, so that the card can no longer be used by an event operator **105**. In one embodiment, the number of rejections allowed is a variable that can be modified by the event coordinator **102** or the fund distribution service **108**.

If the information is accepted at the decision block **410**, the process advances to a block **416**, where the card **702** is associated with an authorized budget for an event. The card administration system identifies the authorized budget for the provided event ID, and associates the budget with the card **702**. The balance of the card **702** is updated to the amount of the budget. To help the event coordinator **102** track the current use of the card **702**, the card administration system also associates the event with the card **702**. The process then advances to a block **420**, where the event operator **105** uses the card **702** to make purchases and conducts demonstration. The card administration system then deactivates the card **702** at a later time, for example at the end of the last day of the demonstration event. In particular embodiments, each event operator **105** is instructed to contact the card administration system after completing his or her demonstration to deactivate the card **702**, by providing the card ID, PIN number, and an event ID for the event to be deactivated. The card administration system reduces the balance of the card **702** to zero, thus preventing an event operator **105** from using the card **702** to make purchases for a deactivated event. The process then returns to the block **402** to allow the event operator **105** to activate the card **702** for a subsequent demonstration.

In another embodiment, the event coordinator **102** or the agency **104** provides pre-activated cards **702** to the event operators **105**. Each of the cards **702** is already associated an authorized budget and optionally with an event ID. The event coordinator **102** or the agency **104** activates the cards **702** by contacting the card administration system using the process of FIG. **4**, or by updating the card records in the card administration system using a system administrator's program. Therefore the event operators **105** do not need to activate the cards **702**.

In one embodiment, the card administration system is administered by the event coordinator **102**. Data on activated cards **702**, including the card ID, the PIN number, and the card balance are sent to the fund distribution service **108**, which uses the data to authorize or reject event operator **105** purchases.

FIG. **5** is a flowchart illustrating one embodiment of the process of a card administration system activating a card **702**. The card administration system stores records for events, including the respective event ID, authorized budget, and status for each event. The card administration system also stores records for cards **702**, including the respective card ID, the PIN number, the status, the associated event ID, and the balance for each card. In one embodiment, a card record also includes an identifier of the agency **104** to which the card **702** is assigned, or an identifier of the event operator **105** to which the card **702** is assigned.

The process starts from a start block **500**, and advances to a block **502**. At the block **502**, the card administration system receives a card ID provided by an event operator **105**. The process advances to a decision block **504**, where the card administration system verifies that the provided card ID is valid. The card administration system verifies that the card ID is associated with an existing card **702**, and that the card **702** is not blocked or already activated. If the card ID is not valid, the process returns to the block **502** to prompt the event operator **105** to re-enter the card ID. If the card ID is valid, then the process advances to a block **506**.



At the block **506**, the card administration system receives a PIN number from the event operator **105**. The process advances to a decision block **508**, where the card administration system verifies that the provided PIN number is valid. The card administration system verifies that the PIN number is associated with the card **702**. If the PIN number is not valid, the process returns to the block **506** to prompt the event operator **105** to re-enter the PIN number. If the PIN number is valid, then the process advances to a block **510**. In one embodiment, a card **702** is not associated with a PIN number, and the actions of the block **506** and the block **508** are omitted.

At the block **510**, the card administration system receives an event ID from the event operator **105**. The process advances to a decision block **512**, where the card administration system verifies that the provided event ID is valid. The card administration system verifies that the event ID is associated with an existing event that is still open. The card administration system maintains the events and the respective "open" or "closed" status for each event. If the event coordinator **102** does not want to have demonstrations conducted for an event, the event coordinator **102** directs the event status to be defined as "closed." In one embodiment, the card administration system maintains a starting date and an ending date of each event. If the ending date for an event has expired, the event is automatically defined as a closed event, so that event operators **105** cannot use cards **702** for an event that has passed its scheduled ending date. An event having a starting date more than one day later than the current date is also defined as a closed event, so that event operators **105** can use cards **702** only for events scheduled to start on the current day or the next day, but cannot use cards **702** for events scheduled to start on a later future date.

If the event ID is not valid, the process returns from the decision block **512** to the block **510** to prompt the event operator **105** to enter a valid event ID. If the event ID is valid, the process advances to a block **514**. At the block **514**, the card administration system associates the event ID with the card **702**. The process advances to a block **516**, where the card administration system associates the authorized budget of the event with the card **702**. The balance of the card **702** is updated to be the amount of the authorized budget of the event. In another embodiment, the card administration system increases the balance of the card **702** by the amount of the authorized budget of the event. The process then advances to an end block **518**.

In one embodiment, each demonstration event is defined as an event starting and ending on a particular day. At the end of the day, the card administration system assigns an event status of "closed" to all events of the current day, and deactivates all cards **702** associated with such events. The balance of a deactivated card **702** is reduced to zero.

FIG. **6** illustrates one embodiment of the card reading device **202** placed near the cash register **240** within the retail store **106**. The configuration allows for the event operator **105** to use the card **702** by swiping or inserting it at the card reading device **202**. One embodiment of the card reading device **202** is Master Card's Maestro card reading device.

FIG. **7** illustrates one embodiment of a card **702**. The top portion of FIG. **7** illustrates the front of a debit card issued by "ABC BANK." The bottom portion of FIG. **7** illustrates the back of the debit card. The card **702** as shown in FIG. **7** includes a card number **704**, an expiration date **706**, and a customer name **708**. The customer name **708** is typically the name of the event coordinator **102**, but can also be the name of the agency **104** or the name of an event operator **105**. The card **702** also includes a magnetic strip **710**, which stores card

information such as the card number **704**. In another embodiment, the card **702** does not include a customer name **708**.

FIG. **8** illustrates one embodiment of a card purchase authorization process. The process starts from a block **802** and advances to a block **804**. At the block **804**, the event operator **105** or a retail store **106** employee enters the total purchase amount for the items to be purchased into a card reading device **202**. In one embodiment, the event operator **105** or a retail store **106** employee scans the total purchase amount into the card reading device **202**. The process advances to a block **806**, where the event operator **105** or the retail store **106** employee swipes or inserts the card **702** at the card reading device **202**. In one embodiment, the event operator **105** further enters a card PIN number into the card reading device **202**. The process advances to a block **808**, where the card reading device **202** sends data through the point-of-sale network **212** to the fund distribution service **108**. The sent data includes the total purchase amount, the card ID of the card **702**, and optionally other information, such as the identifications of the items to be purchased, the current date and time, and the identification of the retail store **106**. In one embodiment, the card reading device **202** sends data to a card administration system maintained by the fund distribution service **108**, by the event coordinator **102**, or jointly by the fund distribution service **108** and the event coordinator **102**. In another embodiment, a card information database at the fund distribution service **108** is connected to a card administration system of the event coordinator **102**. When an event operator **105** contacts the card administration system and activates a card **702**, the card administration system updates the card balance in the card administration system, and notifies the fund distribution service's card information database to update the card balance.

The process advances from the block **808** to a decision block **810**, where a determination is made as to whether the requested purchase amount is greater than the card balance. If the purchase amount is greater than the card balance, the process advances to a block **812**, where the authorization request is rejected. The process then returns from the block **812** to the block **804**, where the event operator **105** or the retail store **106** employee can enter another purchase amount. If the purchase amount is less than or equal to the card balance, then the process advances from the decision block **810** to a block **814**, where the purchase is authorized. The event operator **105** is thus allowed to purchase the items for conducting a demonstration event. The process advances to a block **816**, where the card balance is reduced by the purchase amount. In one embodiment in which the fund distribution service's card information database is connected to the event coordinator's card administration system, the fund distribution service reduces the card balance in the card information database, and notifies the card administration system to reduce the card balance in the card administration system. The process then advances to an end block **818**.

FIG. **9** illustrates one embodiment of a computer screen for maintaining event records in a card administration system. An event records table **902** in FIG. **9** displays event records stored in the card administration system. Each event record includes an event ID **904** that identifies the event, an event status **906** of "open" or "closed," an event starting date **908**, an event ending date **910**, an authorized budget **912** of the event, an agency ID **914** identifying the agency (or agencies) responsible for the event, and card numbers **916** identifying cards that are associated with the event. Event operator identifiers (not shown) can also be associated with an event record, to identify event operators **105** who are responsible for conducting the event. The event operator identifiers can be entered by the event operators **105** when they contact the card administration system to activate the cards **702**.

The event records are preferably maintained by the event coordinator **102**. The event coordinator **102** creates and updates the event records. The event coordinator **102** assigns an authorized budget **912** to each event. The event coordinator **102** also assigns one or more agencies **104** identified by the agency ID field **914** to conduct the event. The event status **906** can be maintained by a system administrator of the event coordinator **102**, or maintained automatically depending on the event starting date **908** and the event ending date **910**. For example, an event whose event ending date **910** has expired (i.e., is earlier than the current date) is assigned an event status **906** of "closed." An event whose event starting date **908** has not arrived (i.e., is much later than the current date) is also assigned an event status **906** of "closed."

The event records can be maintained in a spreadsheet, a flat file database, a relational database, an object-oriented database, or a combination of the above. An event record can be maintained in separate tables. For example, the event ID **904** and the authorized budget **912** can be maintained in an event-budget table, and other event information shown in table **902** except the authorized budget **912** can be maintained in a separate table. For another example, instead of being stored in the event records table **902**, the card numbers **916** can be stored in a card records table **1002** (see FIG. **10**). As described below, the card administration system can use the event ID **1014** in the card records table **1004** to identify the card IDs associated with each event. The event ID **1014** of a card record stores the event ID associated with the card **702**. The card numbers **916** are then displayed in the event records table **902**.

FIG. **10** illustrates one embodiment of a computer screen for maintaining card records in a card administration system. A card records table **1002** in FIG. **10** displays card records stored in the card administration system. Each card record includes a card ID **1004**, a PIN number **1006**, a card status **1008** of "activated," "deactivated," or "blocked," a balance amount **1010**, an agency ID **1012** identifying the agency to which the card **702** is assigned, and an event ID **1014** identifying the event associated with the card **702**. A card record can also include an event operator identifier (not shown) that identifies the event operator **105** to whom the card **702** is assigned. The event operator identifiers can be entered by the event operators **105** when they contact the card administration system to activate the cards **702**.

The card ID **1004** of a card **702** is typically issued by the fund distribution service **108**. The event coordinator **102** assigns cards **702** to agencies **104**, and updates the agency ID field **1012**. The event coordinator **102** or the fund distribution service **108** can optionally update the PIN number **1006** of a card **702**. In one embodiment, each agency **104** is assigned one or more fixed PIN numbers, to help the agency **104** and its event operators **105** to remember the PIN numbers. The event ID **1014** identifies the event associated with the card **702**. The event ID **1014** is entered by an event operator **105** during the card activation process of FIG. **4**. The balance amount **1010** is zero for deactivated or blocked cards **702**. For cards **702** that have been activated but have not been used for purchases, the balance amount **1010** is equal to the authorized budget of the associated event. The balance amount **1010** of an activated card **702** is then reduced by the amount of purchase made by the event operator **105**.

The card records can be maintained in a spreadsheet, a flat file database, a relational database, an object-oriented database, or a combination of the above. A card record can be maintained in separate tables. Other tables can also be used. For example, an agency records table (not shown) can be used to keep track of the cards **702** and the events assigned to each agency **104**. The agency record table includes the agency ID, the card numbers for cards assigned to the agency **104**, the

event IDs for events assigned to the agency, and the PIN numbers assigned to the agency **104**.

Additional information can also be displayed in computer-generated reports or computer screens. For example, for each card **702**, a report or screen can display the item identifiers for the items purchased using the card **702**. Other purchase information can also be displayed, for example the item names for the purchased items, the price and quantity of the purchase items, the date and time of the purchase, the recorded work starting time, the work ending time, and the identity or location of the retail store **106**. Computer-generated reports or computer screens can be used for many purposes, such as tracking the progress of a card **702**, tracking the progress of an event, tracking the progress of an agency **104**, and the like.

This invention may be embodied in other specific forms without departing from the essential characteristics as described herein. The embodiments described above are to be considered in all respects as illustrative only and not restrictive in any manner. The scope of the invention is indicated by the following claims rather than by the foregoing description.

What is claimed is:

**1**. A method of coordinating the staffing of a product or service demonstration, comprising:

creating records for a plurality of cards in a computer-readable medium in communication with a card administration module, the created card records comprising a card identifier and a validity state for each of the plurality of cards;

creating a record for a demonstration event in the computer-readable medium, the created event record comprising an event identifier and a validity state for the event;

receiving, using an automated device in communication with the computer-readable medium, an activation request from a candidate event operator requesting to work on the demonstration event, the activation request comprising a card identifier of a requesting card associated with the candidate event operator and an event identifier for the requested demonstration event;

retrieving, based on the activation request, records associated with the card identifier and the event identifier;

verifying, using the card administration module, the validity state of the requesting card and the requested event based on the retrieved card identifier and event identifier;

activating the requesting card in response to verifying that the validity state of the requesting card is not invalid and that the validity state of the requested event is not invalid, and updating the event record for the requested event to associate the activated card with the requested event, wherein the updating is performed by the card administration module; and

recording in the computer-readable medium time and attendance information for the event operator derived from purchasing information received from a first purchase using the activated card in a card-reading system and a later second purchase using the activated card.



**2**. The method of claim **1**, further comprising creating a record in the computer-readable medium comprising an indicator that the demonstration event is a product demonstration event.

**3**. The method of claim **1**, further comprising creating a record in the computer-readable medium comprising an indicator that the demonstration event is a service demonstration event.

**4**. The method of claim **1**, further comprising:

receiving, using the automated device, a second activation request from a second candidate event operator requesting to work on the demonstration event, the activation request comprising a card identifier of a second requesting card associated with the second candidate event operator and an event identifier for the requested demonstration event;

rejecting the second activation request in response to determining, using the card administration module, that the second requesting card has a blocked status.

**5**. The method of claim **1**, further comprising: receiving, using the automated device, a second activation request from a second candidate event operator requesting to work on the demonstration event, the activation request comprising a card identifier of a second requesting card associated with the second candidate event operator and an event identifier for the requested demonstration event;

rejecting the second activation request in response to determining, using the card administration module, that the requested event has a closed status.

**6**. The method of claim **1**, further comprising using the card administration module to compare the timing of one or both of the first purchase and the second purchase with a scheduled time for the demonstration even, the scheduled time being stored in the record for the requested demonstration event.

**7**. The method of claim **1**, further comprising using the card administration module to compare the location of one or both of the first purchase and the second purchase with a scheduled location associated with the requested demonstration event, the scheduled location being stored in the record for demonstration event.

**8**. The method of claim **1**, further comprising using the card administration module to compare one or more products purchased in one or both of the first purchase and the second purchase with a scheduled product associated with the requested demonstration event, the scheduled location being stored in the record for demonstration event.

**9**. The method of claim **1**, further comprising using the card administration module to determine a time duration between the time of the first purchase and the time of the second purchase.

**10**. The method of claim **9**, further comprising using the card administration module to determine a compensation amount due the event operator derived from the determined time duration.

* * * * *

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

**SACV13- 856 JST (JPRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [_] **Western Division**<br>**312 N. Spring St., Rm. G-8**<br>**Los Angeles, CA 90012** | [_] **Southern Division**<br>**411 West Fourth St., Rm. 1-053**<br>**Santa Ana, CA 92701-4516** | [_] **Eastern Division**<br>**3470 Twelfth St., Rm. 134**<br>**Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

COPY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

SOCIAL SAMPLING, INC., and MASS CONNECTIONS, INC.

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

DENNIS GARBERG AND ASSOCIATES, INC. dba THE SUNFLOWER GROUP, INC., and SUNFLOWER STAFFING, LLC

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Nathaniel Dilger, Peter Afrasiabi, Christopher Arledge, & Joseph K. Liu of ONE LLP
4000 MacArthur Blvd., West Tower, Ste. 1100
Newport Beach, CA 92660; Tel.: (949) 502-2870

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1. Original Proceeding ☐ 2. Removed from State Court ☐ 3. Remanded from Appellate Court ☐ 4. Reinstated or Reopened ☐ 5. Transferred from Another District (Specify) ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT: $** To be determined at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Patent Infringement under the United States Patent Act, 35 U.S.C. §§ 101 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only).

**OTHER STATUTES**
☐ 375 False Claims Act
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/Etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Org.
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 850 Securities/Commodities/Exchange
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 895 Freedom of Info. Act
☐ 896 Arbitration
☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.)
☐ 153 Recovery of Overpayment of Vet. Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpratice
☐ 365 Personal Injury-Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 440 Other Civil Rights
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accomodations
☐ 445 American with Disabilities-Employment
☐ 446 American with Disabilities-Other
☐ 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
☐ 463 Alien Detainee
☐ 510 Motions to Vacate Sentence
☐ 530 General
☐ 535 Death Penalty
**Other:**
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition
☐ 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 740 Railway Labor Act
☐ 751 Family and Medical Leave Act
☐ 790 Other Labor Litigation
☐ 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☑ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405 (g))
☐ 864 SSID Title XVI
☐ 865 RSI (405 (g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

FOR OFFICE USE ONLY: Case Number: **SACV 13 - 00856 JST (JPRx)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ NO ☐ YES

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ NO ☑ YES

If yes, list case number(s): SACV12-01576-CJC(ANx)

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| **County in this District:*** | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| **County in this District:*** | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Dennis Garberg and Associates, Inc. dba The Sunflower Group, Inc. - Kansas<br>Sunflower Staffing LLC - Kansas |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| **County in this District:*** | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** [signature] DATE: June 4, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| **Nature of Suit Code** | **Abbreviation** | **Substantive Statement of Cause of Action** |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |