Nathaniel L. Dilger (Bar No. 196203)
ndilger@onellp.com
Peter R. Afrasiabi, Esq. (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Phone: (949) 502-2870

*Attorneys for Plaintiffs,*
*Social Sampling, Inc.; Mass Connections, Inc; et al.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SOCIAL SAMPLING, INC., and MASS CONNECTIONS, INC,

Plaintiffs,

v.

DENNIS GARBERG AND ASSOCIATES, INC. dba THE SUNFLOWER GROUP, INC., SUNFLOWER STAFFING, LLC, and DOES 1-5, inclusive,

Defendants.

Case No. SAV 13-00856 CJC (Anx)

**ANSWER TO COUNTER-CLAIMS**

Complaint Filed: June 4, 2013

Plaintiffs/Counter-Defendants Social Sampling, Inc. ("Social Sampling"), and Mass Connections, Inc. ("MC"), collectively referred to as “Mass Connections,” by and through their undersigned counsel, answer Defendants/Counter-Plaintiffs’, Dennis Garberg and Associates, Inc. dba The Sunflower Group, Inc. (“Sunflower Group”), Sunflower Staffing, LLC (“Sunflower Staffing”), collectively referred to as “Sunflower,” Counterclaims as follows:

**NATURE OF THE ACTION**

1. Admit that the action purports to be a declaratory action for patent invalidity and non-infringement under the patent laws of the United States, relating to Mass Connections' U.S. Pat. Nos. 7,444,305 and 7,797,191.

**THE PARTIES**

2. Admit.

3. Admit.

4. Admit.

5. Admit.

**JURISDICTION AND VENUE**

6. Admit.

7. Admit.

**FIRST CLAIM**

8. Admit.

9. Admit that Mass Connections sent the letter, which speaks for itself. Admit that Mass Connections brought the action for patent infringement against Sunflower. To the extent further response is necessary, Mass Connections denies.

10. Deny that Sunflower has not infringed and/or is not now infringing any valid claim of the '305 patent and/or the '191 patent. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the remaining allegations contained in Paragraph 10, and on that basis denies them.

11. Deny that Sunflower has a legal right to pursue its infringing activities. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the remaining allegations contained in Paragraph 10, and on that basis denies them.

12. The allegations of paragraph 12 consist of legal conclusions to which no response is necessary. To the extent further response is necessary, Mass Connections denies.

13. Deny.

**SECOND CLAIM**

14. Mass Connections incorporates by reference its responses to paragraphs 1-13 as though fully set forth herein.

15. Admit.

16. Admit.

17. Deny.

18. Deny that Sunflower has a legal right to pursue its infringing activities. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the remaining allegations contained in Paragraph 10, and on that basis denies them.

19. The allegations of paragraph 12 consist of legal conclusions to which no response is necessary. To the extent further response is necessary, Mass Connections denies.

20. Deny.

**THIRD CLAIM**

21. Mass Connections incorporates by reference its responses to paragraphs 1-7 as though fully set forth herein.

22. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 22, and on that basis denies them.

23. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 23, and on that basis denies them.

24. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 24, and on that basis denies them.

25. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 25, and on that basis denies them.

26. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 26, and on that basis denies them.

27. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 27, and on that basis denies them.

28. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 28, and on that basis denies them.

29. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 29, and on that basis denies them.

30. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 30, and on that basis denies them.

31. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 31, and on that basis denies them.

32. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 32, and on that basis denies them.

33. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 33, and on that basis denies them.

34. Deny.

35. Mass Connections is without sufficient information to form a belief as to the truth or falsity of the allegations contained in Paragraph 35, and on that basis denies them.

36. Deny.

## PRAYER FOR RELIEF

Mass Connections denies that Sunflower Group and Sunflower Staffing, both collectively and individually, are entitled to any of the requested relief they seek and requests that the Court enter judgment against Sunflower and award Mass Connections all costs, attorney's fees, and such other relief as the Court deems just and proper.

## MASS CONNECTION'S AFFIRMATIVE DEFENSES

Mass Connections asserts the following defenses set forth below and reserves the right to allege additional defenses in the event discovery or other information indicates additional defenses are appropriate.

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action)

1. Sunflower Group's third claim fails to state facts sufficient to state a cause of action.

**SECOND AFFIRMATIVE DEFENSE**

(Breach of Good Faith & Fair Dealing)

2. Sunflower Group owed Mass Connections a duty of good faith and fair dealing which Sunflower Group breached before and during the purported Fiber One, Progressive Soup, Wheaties, and Betty Crocker agreements ("the asserted agreements").

**THIRD AFFIRMATIVE DEFENSE**

(Non-Performance)

3. Any duty of performance required by or on behalf of Mass Connections is excused by reason of Sunflower Group's failure or breach of one or more of the asserted agreements and/or conditions precedent.

**FOURTH AFFIRMATIVE DEFENSE**

(Mistake and/or Fraud)

4. The alleged contract(s) are unenforceable and/or void because of misrepresentations of material fact that Sunflower Group communicated to and were relied on by Mass Connections and/or mutual or unilateral mistake. There was a lack of meeting of the minds when the asserted agreements were signed.

**FIFTH AFFIRMATIVE DEFENSE**

(Statute of Limitations)

5. Sunflower Group's third claim is time barred by the applicable statute of limitations.

**SIXTH AFFIRMATIVE DEFENSE**

(Waiver, Estoppel, Latches and/or Unclean Hands)

6. Sunflower Group is, by its own conduct and omissions, wholly or partially barred from relief against Mass Connections because of waiver, estoppel, latches and/or unclean hands.

**SEVENTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate)

7. Sunflower Group's claims for damages are partially or wholly barred as to Mass Connections because Sunflower Group failed to mitigate its alleged damages.

**EIGHTH AFFIRMATIVE DEFENSE**

(Offset)

8. Mass Connections has suffered damage by reason of Sunflower Group's conduct. Mass Connections has the right of offset if any amount of money is owed to Mass Connections by way of damages or otherwise.

**NINTH AFFIRMATIVE DEFENSE**

(Reservation of Rights)

9. Mass Connections reserves the right to assert additional affirmative defenses as may be appropriate.

**WHEREFORE**, Mass Connections prays that this Court grant the following judgment:

A. That Sunflower Group take nothing by way of their counterclaims and that Sunflower Group's counterclaims be dismissed with prejudice;

B. That judgment be entered against Sunflower Group and in favor of Mass Connections;

C. Award Mass Connections their full costs and reasonable attorney's fees; and

D. Award Mass Connections further relief, either at law or in equity, as the Court may deem just a proper.

Dated: August 20, 2013

**ONE LLP**

By: ______________________________

Nathaniel L. Dilger, Esq.
Attorneys for Plaintiffs, Social Sampling, Inc. and Mass Connections, Inc.